IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:23-CR-127-P |
| CHRISTOPHER KIRCHNER | |

### BILL OF PARTICULARS REGARDING PROPERTY SUBJECT TO FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America, by the undersigned, particularly notices that the following additional property, in addition to the property set forth in the Indictment (Dkt. 19), is subject to forfeiture on the basis of allegations set forth in the Indictment filed in this case:

a) Audemars Piguet Automatic Chronograph Stainless Royal Oak Watch, Serial # K04977, Calibre 2385 seized on or about 2/14/2023 from Christopher Kirchner.

The government may file supplemental bills of particulars as additional assets are identified and/or appraised. The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY


*/s/ Dimitri N. Rocha*
By: DIMITRI N. ROCHA
Assistant United States Attorney
Florida State Bar No. 693332
1100 Commerce St., Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Dimitri.Rocha@usdoj.gov

DATED: 11/6/2023