IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § § § | |
| v. | § § | Criminal Action No.  4:23-cr-00127-P |
| CHRISTOPHER KIRCHNER | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant's in Limine. ECF No. 71. Upon review of the Motion, the Court determines that the Motion should be and is hereby **DENIED without prejudice.** Defendant can resurrect the Motion at trial when the Court and the Parties will have a more concrete sense of when and for what purpose the Government might be using the superseding indictment paragraphs in question.

**SO ORDERED** on this **12th day of January 2024.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE