IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | NO. 4:23-CR-00127-P |
|---|---|
| v. | |
| CHRISTOPHER KIRCHNER | |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorneys, files the government's witness list.

| No. | Name | Subject Matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 1. | James Atwell | This witness may testify to his investments in Slync and his role as a member of Slync's Board of Directors, including his interactions and communications with the defendant. | Possible | | |
| 2. | Jim Batjer | This witness may testify to his personal and business dealings with the defendant, including his investment into Slync's purported "Series C" fundraising round. | Possible | | |
| 3. | Michael Bevill | This witness may testify to his personal and business dealings with the defendant, including his investment into Slync's purported "Series C" fundraising round. | Probable | | |
| 4. | Paul Bischler | This witness may testify to his personal and business dealings with the defendant, including his investment into Slync's purported "Series C" fundraising round. | Possible | | |
| 5. | David Blumberg | This witness may testify about his venture capitalist firm leading the | Probable | | |

Government's Witness List—Page 1

| No. | Name | Subject Matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
|  | (Founder & Managing Partner of Blumberg Capital) | Series A fundraising round of Slync and his role as a member of Slync's Board of Directors, including his interactions and communications with the defendant. |  |  |  |
| 6. | Varun Dodla (Former Chief Technology Officer of Slync) | This witness may testify about his work at Slync as Chief Technology Officer, including his interactions and communications with the defendant. He may also testify about the defendant's actions following the defendant's suspension as Slync's CEO in July 2022. | Probable |  |  |
| 7. | Andrew Gersh (Partner at KPMG) | This witness may testify about his work at KPMG performing due diligence on Slync for Goldman Sachs, including his interactions and communications with the defendant. | Probable |  |  |
| 8. | John Giannuzzi (Former Senior Vice President at Goldman Sachs) | This witness may testify about Goldman Sachs leading the Series B fundraising round of Slync and his role as a member of Slync's Board of Directors, including his interactions and communications with the defendant in both his professional and personal capacity. | Probable |  |  |
| 9. | Walter Hart (Director at Silicon Valley Bank) | This witness may testify about his work at Silicon Valley Bank, including his review of IP session records and bank records in connection with this case. | Probable |  |  |
| 10. | Brad Harris (Chief Executive Officer of Dallas Jet) | This witness may testify to his personal and business dealings with the defendant, his role in brokering defendant's purchase of a Gulfstream G550 private jet, and his investment into Slync's purported "Series C" fundraising round. | Possible |  |  |

**Government's Witness List—Page 2**

| No. | Name | Subject Matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 11. | Timothy Kehoe (Former Chief of Staff and Interim President of Slync) | This witness may testify about his work at Slync as Chief of Staff, including his interactions and communications with the defendant. He may also testify about Slync operations, payroll, and financial accounts. | Probable | | |
| 12. | Sarah Israel (Forensic Accountant for FBI) | This witness may testify to her work on this case for the FBI, including tracing the proceeds of investor money and bank proceeds, records obtained and reviewed, and the execution of a search warrant at the defendant's residence. | Probable | | |
| 13. | Samar Kamdar (Former Chief Financial Officer of Slync) | This witness may testify about his work at Slync as Chief Financial Officer, including his interactions and communications with the defendant. He may also testify about the circumstances surrounding his termination from Slync in 2022. | Probable | | |
| 14. | Raj Patel (Former Chief Product Officer of Slync) | This witness may testify about his work at Slync as Chief Product Officer, including his interactions and communications with the defendant. | Possible | | |
| 15. | Dan Peterie (Special Agent for FBI) | This witness may testify to his work on this case for the FBI, including records obtained and interviews conducted. | Possible | | |
| 16. | Jason Selvidge (Former Vice President of Engineering of Slync) | This witness may testify about his work at Slync as Vice President of engineering, including his interactions and communications with the defendant. He may also testify about the circumstances surrounding his termination from Slync in 2022. | Possible | | |

| No. | Name | Subject Matter of Testimony | Likelihood of Being Called | Sworn | Testified |
|---|---|---|---|---|---|
| 17. | John Whitworth (Senior Financial Investigator for FBI) | This witness may testify to his work on this case for the FBI, including tracing the proceeds of investor money and bank proceeds. | Possible | | |
| 18. | Brian Yee (Partner at ACME) | This witness may testify about ACME's investment into Slync during its Series B fundraising round and his role as an observer on Slync's Board of Directors, including his interactions and communications with the defendant in both his professional and personal capacity. | Probable | | |

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*Joshua Detzky*
JOSHUA D. DETZKY
Assistant United States Attorney
N.J. Bar No. 037172011
NASHONME JOHNSON
Assistant United States Attorney
N.Y. State Bar No. 4952248
JAY WEIMER
Texas State Bar No. 24013727
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8629
Facsimile: 214.659.8809
Email: joshua.detzky@usdoj.gov
Email: nashonme.johnson@usdoj.gov
Email: jay.weimer@usdoj.gov