IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| Plaintiff, | § § | |
| v. | § § | Criminal Action No. 4:23-cr-00127-P |
| **CHRISTOPHER KIRCHNER** | § § | |
| Defendant. | § § | |

# ORDER

This case is **SET** for a jury trial to begin on **Monday, January 22, 2024**, **at 9:00 a.m.** in Fourth Floor Courtroom of the Eldon B. Mahon Federal Courthouse at 501 W. 10th St., Fort Worth, Texas, 76102.

Due to other matters on the Court's docket, the Court exercises its right, to limit the time for arguments, examining witnesses, and the number of witnesses called to prevent unnecessary expense or delay. *See* Judge Specific Requirements. The Court therefore **ORDERS** as follows:

(1) The parties voir dire, opening statements, and closing arguments will be limited as follows:
   - voir dire, **fifteen minutes** for each party;
   - opening statements, **fifteen minutes** for each party; and
   - closing arguments, **thirty minutes** for each party.

(2) Each exhibit must be labeled prior to trial by a gummed label containing the identity of the offering party, the exhibit number, and the cause number.

(3) If any electronic equipment is needed in the courtroom, notify Brian Rebecek, Fort Worth Division Manager, at 817-850-6613.

(4) Voir dire in this case will be conducted initially by the Court, with each party being allotted fifteen (15) minutes for supplementary voir dire.

**SO ORDERED** on this **18th day of January 2024**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE