IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:23-CR-127-P |
| CHRISTOPHER KIRCHNER | |

## JOINT STATUS REPORT

The United States of America and defendant Christopher Kirchner file this joint status report concerning a list of all exhibits to which no objection is being made and may be pre-admitted at trial:

**Government's Exhibit List**

| Exhibit No. | Description |
|---|---|
| 1. | Email dated 01.30.2020 re Introduction to Slync |
| 2. | Summary of Terms for Sale of Series A Preferred Stock dated 02.25.2020 |
| 3. | Email dated 03.18.2020 re KN Contract with .pdf attachment |
| 4. | Email dated 03.19.2020 re Slync Update with .pdf attachments |
| 5. | Series A Preferred Stock Purchase Agreement dated 03.30.2020 |
| 6. | Email dated 11.12.2020 re Quick Information Request |
| 7. | Series B Preferred Stock Purchase Agreement dated 12.11.2020 |
| 8. | Email dated 01.04.2021 re Happy New Year! |
| 9. | Email dated 04.14.2021 re April Board Deck with .pptx attachment |
| 10. | Email dated 04.18.2022 re Slync Board Call |
| 11. | Email dated 06.24.2022 re CONFIDENTIAL – Slync |
| 12. | Email dated 07.28.2022 re 20M Wire and False Wire Instructions to SVB |
| 16. | Email dated 07.28.2020 re John/Nikita (GS Growth) <> Nikolaus (Slync) |
| 17. | Email dated 08.04.2020 re Customer Update with .docx and .xlsx attachments |
| 18. | Series B Term Sheet dated 08.12.2020 |
| 19. | Email dated 08.12.2020 re New Deal Opportunity |
| 20. | Kuehne Nagel SaaS Software Agreement dated 11.22.2019 |
| 21. | Customer Invoice History Since Dec 2019 from Series B Dataroom |
| 22. | Slync, Inc. Balance Sheet as of November 30, 2020, from Series B Dataroom |
| 23. | KPMG Due Diligence Report re Project Slync dated 12.11.2020 |
| 24. | Email dated 11.24.2021 re Metrics with .xlsx attachment |
| 25. | Email dated 01.14.2022 re UPDATED: Monthly Catch-up: Slync / GS Growth |
| 26. | Email dated 02.22.2022 re Metrics Attached with .xlsx attachment |

**Joint Status Report - Page  1**

| | |
|---|---|
| 28. | Email dated 07.21.2022 re Update Payroll and Forbes with .pdf attachment |
| 29. | Email dated 07.24.2022 re Notification with .pdf attachment |
| 32. | Stock Transfer Agreement dated 05.07.2021 |
| 33. | Email dated 05.28.2019 re Expenses SLYNC_093299 |
| 34. | Signature Card for Silicon Valley Bank ("SVB") Bank Accounts ending in 6347 for Slync, Inc. |
| 35. | Email dated 09.18.2019 re Payroll Update |
| 36. | Kuehne Nagel Evaluation Pilot Agreement dated 09.01.2019 |
| 37. | Kuehne Nagel Invoices 1026-1032 dated 09.06.2019, 12.19.2019, 02.09.2021, 09.24.2021, 09.24.2021, 03.08.2022, and 04.01.2022 |
| 38. | Kuehne Nagel SaaS Contract dated 01.01.21 |
| 39. | Picture of Kirchner's Ferrari |
| 40. | Picture of Kirchner's Home - 1209 Perdenales |
| 41. | December 2020 Text Messages between Kehoe and Kirchner |
| 42. | Email dated 12.13.2020 re Wire Approval Action Required |
| 43. | SVB Outgoing Wire Inquiry – $20 Million Wire dated 12/14/2020 |
| 44. | Email dated 12/29/2020 re SVB |
| 48. | Email dated 04/07/2022 re Payroll Wire Not Confirmed |
| 49. | Email dated 04/11/2022 re Start of Q2 Update |
| 51. | Email Chain dated 05/06/2022 re Important Business Banking Alert between Kirchner, ADP, and Kehoe |
| 52. | Email dated 04.25.22 re Important Business Banking Alert |
| 54. | Email dated 05.06.2022 re Updates from Chris |
| 55. | Email dated 05.09.2022 re Team Update |
| 57. | Email dated 05.26.2022 re Payroll Update |
| 58. | Email dated 06.02.2022 re Payroll and Financial Update |
| 60. | Email dated 07/10/2022 re Leadership Update |
| 62. | SVB Outgoing Wire Inquiry Results dated 06.17.2022 |
| 66. | Email dated 08.19.2020 re Intro |
| 67. | Email dated 11.17.2020 re SL – Financial Data Room |
| 68. | Email dated 12.06.2020 re Project SL - Finance Discussion with .xlsx and .docx attachments |
| 69. | Email dated 12.06.2020 re Project SL - Finance Discussion |
| 70. | Email dated 12.08.2020 re Project SL – Finance discussion with .pdf attached |
| 71. | September 2020 Statement for Slync SVB Account ending in 6347 |
| 75. | Email dated 09.15.2021 re August YTD P&L |
| 77. | Email dated 05.16.2022 re Personal Wire to Cover Canada Payroll |
| 78. | Email dated 05.26.2022 re Financial Access |
| 79. | Email dated 05.28.2022 re Slync Metrics through Q4 2021 with .xlsx attached |
| 86. | Email dated 04.21.22 re Slync Series C |
| 87. | Series C Preferred Stock Purchase Agreement |
| 88. | Wire Confirmation for $199,175.92 dated 07.06.2022 |
| 94. | AT&T Stadium Suite 252 Lease Agreement |
| 95. | Email dated 12.14.2020 re Wires for Today |

| 99. | Bank Account Records for SVB Account ending in 6347 for Slync from 10.2019 to 07.2022 |
|---|---|
| 100. | Incoming GFT Wire Research Report for SVB Account ending in 6347 for Slync from 10/21/19 to 12/31/20 |
| 101. | Incoming GFT Wire Research Report for SVB Account ending in 6347 for Slync from 01/01/21 to 7/24/22 |
| 102. | Outgoing GFT Wire Research Report for SVB Account ending in 6347 for Slync from 10/21/19 to 12/31/20 |
| 103. | Outgoing GFT Wire Research Report for SVB Account ending in 6347 for Slync from 01/01/21 to 7/24/22 |
| 104. | Signature Cards for SVB Bank Accounts ending in 0637 & 0219 |
| 105. | Bank Account Records for SVB Account ending in 0219 for Christopher Kirchner from 06.2020 to 09.2022 |
| 106. | Bank Account Records for SVB Account ending in 0637 for Christopher Kirchner from 06.2020 to 09.2022 |
| 107. | Signature Card for Bank Of America ("BOA") Bank Account ending in 3574 |
| 108. | Bank Account Records for BOA Account ending in 3574 for KFIM LLC |
| 109. | Signature Card for BOA Bank Account ending in 5469 |
| 110. | Bank Account Records for BOA Account ending in 5469 for Christopher Kirchner |
| 111. | Signature Card for BOA Bank Account ending in 5472 |
| 112. | Bank Account Records for BOA Account ending in 5472 for Christopher Kirchner from 12.2020 to 10.2022 |
| 113. | Investment Account Records for Merrill Account ending in 4867 from 02.2021 to 08.2022 |
| 114. | Signature Card for Chase Bank Account ending in 0392 for Slync, Inc. - GOV_00317665 |
| 115. | Bank Account Records for Chase Bank Account ending in 0392 for Slync, Inc. from 01.2019 to 9.2022 |
| 116. | Signature Card for Chase Bank Account ending in 2337 for Christopher Kirchner |
| 117. | Bank Account Records for Chase Bank Account ending in 2337 for Christopher Kirchner from 04.2020 to 10.2022 |
| 118. | Signature Card for Chase Bank Account ending in 8697 for Christopher Kirchner |
| 119. | Bank Account Records for Chase Bank Account ending in 8697 for Christopher Kirchner from 01.2019 to 09.2022 |
| 120. | Signature Card for Chase Bank Account ending in 8850 for Christopher Kirchner |
| 121. | Bank Account Records for Chase Bank Account ending in 8850 for Christopher Kirchner from 04.2020 to 08.2020 |
| 122. | American Express Records for Credit Card Account ending in 1007 from 12.2019 to 02.2022 |
| 123. | Capital One Records for Credit Card Account ending in 2153 from 01.2020 to 06.2022 |
| 124. | Wheels Up Records |
| 127. | Settlement Statement for 1207 Perdenalas Trail |
| 128. | Settlement Statement for 1209 Perdenalas Trail |
| 129. | Netjets Records |

| | | |
|---|---|---|
| 130. | Vaquero Club Member Transaction Listing Records | |
| 131. | Aircraft Purchase Agreement for G550 Gulfstream | |
| 132. | Closing Statement for G550 Gulfstream | |
| 133. | Boardwalk Auto Group Records | |
| 134. | Watchbox Invoices dated 01.12.2022 and 01.19.2022 | |
| 135. | Rolex Watch U.S.A., Inc. Records | |
| 136. | Westime Records | |
| 137. | Andretti Autosport Invoice dated 05.01.2021 | |
| 138. | Andretti Autosport Purchase Agreement dated 05.06.2021 | |
| 139. | Lokoya Winery Records | |
| 140. | Delaware Division of Corporations Records for Slync and KFIM | |
| 167. | Stipulations | |

**Defendant's Exhibit List**

| Exhibit No. | Description |
|---|---|
| 1. | Chase Bank Statement October 2020 Acct x0392 |
| 3. | SVB Bank Depositor Agreement |
| 4. | Chase Bank Signature Card Acct x0392 |
| 5. | Stock Purchase Agreement – Series B |
| 13. | Slync-inc_2022-08-24_summary_cap_detailed_cap_ledgers |
| 17. | Amended and Restated Certificate of Incorporation - Series B - 2020.12.07 |
| 17a. | Stock Purchase Agreement - Series B - 2020.12.11 |
| 17b. | Amended and Restated Investors' Rights Agreement - Series B - 2020.12.11 |
| 17c. | Amended and Restated Right of First Refusal and Co-Sale Agreement - Series B - 2020.12.11 |
| 17d. | Amended and Restated Voting Agreement - Series B - 2020.12.11 |
| 17e. | Disclosure Schedule - Series B - 2020.12.11 |
| 22. | SVB Acct x6347 April 2022 |
| 23. | SVB Acct x6347 May 2022 |
| 24. | Project Slync PowerPoint |
| 35. | Chase Acct x0392 January 2022 |
| 44. | SVB Acct x0219 Dec 2020 |
| 45. | Chase Acct x0392 Dec 2020 |
| 46. | Chase Acct x0392 Jan-Mar 2021 |
| 47. | Chase Acct x0392 April 2022 |
| 48. | SVB Acct x0637 Dec 2020 |
| 49. | Merrill Lynch Acct x2434 May 2021 |
| 50. | Merrill Lynch Acct x2434 July 2021 |
| 51. | Merrill Lynch Acct x2434 March 2022 |

| 52. | Merrill Lynch Acct x2434 April 2022 |
|---|---|
| 53. | Merrill Lynch Acct x2437 July 2021 |
| 54. | Merrill Lynch Acct x2437 March 2022 |
| 55. | Merrill Lynch Acct x2438 July 2021 |
| 56. | Merrill Lynch Acct x2438 Feb-Mar 2022 |
| 57. | Merrill Lynch Acct x2440 July 2021 |
| 58. | Merrill Lynch Acct x2440 Mar - April 2022 |
| 59. | Merrill Lynch Acct x3574 Jan – Mar 2021 |
| 60. | Merrill Lynch Acct x3574 May – Jul 20221 |
| 61. | Merrill Lynch Acct x3574 Jan 2022 |
| 62. | Merrill Lynch Acct x3574 Mar - April 2022 |
| 63. | Merrill Lynch Acct x3574 Aug 2022 |
| 64. | Merrill Lynch Acct x4T57 July 2021 |
| 65. | Merrill Lynch Acct x4T57 Feb – Mar 2022 |
| 66. | Merrill Lynch Acct x4867 Feb 2021 |
| 67. | Merrill Lynch Acct x4867 Aug 2021 |
| 68. | Merrill Lynch Acct x5469 Jan 2021 |
| 69. | Merrill Lynch Acct x5469 Aug 2021 |
| 70. | Merrill Lynch Acct x5472 Jan – Feb 2021 |
| 71. | SVB Acct x6347 Dec 2020 |

Dated:       January 20, 2024

                                            Respectfully submitted,

                                            LEIGHA SIMONTON
                                            UNITED STATES ATTORNEY

                                            /s/ Joshua Detzky
                                            JOSHUA D. DETZKY
                                            Assistant United States Attorney
                                            N.J. Bar No. 037172011
                                            1100 Commerce Street, Third Floor
                                            Dallas, Texas 75242-1699
                                            Telephone: 214.659.8629
                                            Facsimile: 214.659.8809
                                            Email: joshua.detzky@usdoj.gov

For Defendant Christopher Kirchner:

/s/ Christopher Weinbel
Christopher J. Weinbel
Attorney for Christopher Kirchner

Joint Status Report - Page  7