IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:23-CR-127-P |
| CHRISTOPHER KIRCHNER | |

## GOVERNMENT'S NOTICE TO THE COURT AND COUNSEL FOR THE DEFENDANT REGARDING WITNESSES TESTIFYING

The United States, through the undersigned Assistant United States Attorneys, gives notice to the Court and counsel for the defendant of its intent to call the following witnesses on Tuesday, January 23, 2024.

1. John Giannuzzi
2. Andrew Gersh
3. Brian Yee
4. Timothy Kehoe
5. Michael Bevill
6. Samar Kamdar

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_/s/ Joshua Detzky_
JOSHUA D. DETZKY
Assistant United States Attorney
N.J. Bar No. 037172011
NASHONME JOHNSON
Assistant United States Attorney
N.Y. State Bar No. 4952248
JAY WEIMER
Texas State Bar No. 24013727
1100 Commerce Street, Third Floor

1

          Dallas, Texas 75242-1699
          Telephone: 214.659.8629
          Facsimile: 214.659.8809
          Email: joshua.detzky@usdoj.gov
          Email: nashonme.johnson@usdoj.gov
          Email: jay.weimer@usdoj.gov