IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:23-CR-127-P |
| CHRISTOPHER KIRCHNER | |

## GOVERNMENT'S NOTICE REGARDING FORFEITURE DETERMINATION

The Government's previous pleadings indicated that the defendant had notified the Government that it may request jury determination for forfeiture, assuming conviction. Since then, pursuant to Rule 32.2(b)(1)(A), the parties have agreed for the Court to make the forfeiture determination, rather than the jury. Assuming conviction, the Government will file its forfeiture motion substantially in advance of sentencing.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
Email: dimitri.rocha@usdoj.gov

**Government's Notice Regarding Forfeiture Determination – Page 1**