# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § § | | |
| **Plaintiff,** § § | | |
| v. § § | 4:23-CR-127-P | |
| **CHRISTOPHER KIRCHNER,** § § | | |
| **Defendant.** § | | |

## UNOPPOSED AMENDED DEFENDANT'S EXHIBIT LIST

COMES NOW, the Defendant **CHRISTOPHER KIRCHNER,** by and through his counsel, Christopher Weinbel, after discussion with the Government on 19 January 2023, hereby files this unopposed amended list of exhibits:

| United States v. Christopher Kirchner | Case No. 4:23-CR-127-P  DEFENSE'S EXHIBIT LIST | Honorable Mark T. Pittman Presiding Judge  Jury Trial Date: 22 January 2024 |
|---|---|---|
| Plaintiff's Attorney(s): AUSA Joshua Detzky AUSA Nashonme Johnson | Defendant's Attorney(s): FDP Christopher Weinbel FDP Michael Lehman | Court Reporter: Zoie Williams  Courtroom Deputy: Haley Milam |
| Exhibit No. | Description | Offered | Admitted |
| 1. | Chase Bank Statement October 2020 Acct x0392 | | |
| 2. | Reserved | | |
| 3. | SVB Bank Depositor Agreement | | |
| 4. | Chase Bank Signature Card Acct x0392 | | |
| 5. | Stock Purchase Agreement – Series B | | |
| 6. | EJM Flight Log | | |
| 7. | Interior photo of Jet | | |

| | | | |
|---|---|---|---|
| 8. | Interior photo of Jet | | |
| 9. | DDC Intro Video | | |
| 10. | Reserved | | |
| 11. | Reserved | | |
| 12. | Photo (Provided by Kirchner) | | |
| 13. | Slync-inc_2022-08-24_summary_cap_detailed_cap_ledgers | | |
| 14. | Golfweek news article dated July 21, 2022 | | |
| 15. | Letter from JP McManus to Christopher Kirchner | | |
| 16. | Reserved | | |
| 17. | Amended and Restated Certificate of Incorporation - Series B - 2020.12.07 | | |
| 17a. | Stock Purchase Agreement - Series B - 2020.12.11 | | |
| 17b. | Amended and Restated Investors' Rights Agreement - Series B - 2020.12.11 (GOV_00017897) | | |
| 17c. | Amended and Restated Right of First Refusal and Co-Sale Agreement - Series B - 2020.12.11 (GOV_00017954) | | |
| 17d. | Amended and Restated Voting Agreement - Series B - 2020.12.11 (GOV_00018001) | | |
| 17e. | Disclosure Schedule - Series B - 2020.12.11 | | |
| 18. | Summary Exhibit – Use of Golf Stream Airplane | | |
| 19. | Summary Exhibit – Airplane Loan and Sales Proceeds to Slync and Slync Investors | | |
| 20. | Summary Exhibit – Use of the $20,000,000.00 | | |
| 21. | Summary Exhibit - $1,157,042.47 in Airplane and Business Travel Expenses Paid | | |
| 22. | SVB Acct x6347 April 2022 | | |
| 23. | SVB Acct x6347 May 2022 | | |

| | | | |
|---|---|---|---|
| 24. | Project Slync PowerPoint | | |
| 25. | Texas Secretary of State – Business Inquiry | | |
| 26. | Photo of Slync logo at AT&T Stadium | | |
| 27. | Reserved | | |
| 28. | Reserved | | |
| 29. | Reserved | | |
| 30. | Reserved | | |
| 31. | Reserved | | |
| 32. | Reserved | | |
| 33. | Reserved | | |
| 34. | Reserved | | |
| 35. | Chase Acct x0392 January 2022 | | |
| 36. | EJM Flight Itinerary | | |
| 37. | PNC Letter Dated 22 August 2022 | | |
| 38. | PNC Letter Dated 18 August 2022 | | |
| 39. | PNC Loan Document Schedule | | |
| 40. | PNC Loan Document | | |
| 41. | PNC Loan Activity Report | | |
| 42. | Email Re: Pro Forma Cap Table Dated 3/29/2020 | | |
| 43. | Email Re: Revenue Recognition Dated 2/18/2020 | | |
| 44. | SVB Acct x0219 Dec 2020 | | |
| 45. | Chase Acct x0392 Dec 2020 | | |
| 46. | Chase Acct x0392 Jan-Mar 2021 | | |
| 47. | Chase Acct x0392 April 2022 | | |

| | | | |
|---|---|---|---|
| 48. | SVB Acct x0637 Dec 2020 | | |
| 49. | Merrill Lynch Acct x2434 May 2021 | | |
| 50. | Merrill Lynch Acct x2434 July 2021 | | |
| 51. | Merrill Lynch Acct x2434 March 2022 | | |
| 52. | Merrill Lynch Acct x2434 April 2022 | | |
| 53. | Merrill Lynch Acct x2437 July 2021 | | |
| 54. | Merrill Lynch Acct x2437 March 2022 | | |
| 55. | Merrill Lynch Acct x2438 July 2021 | | |
| 56. | Merrill Lynch Acct x2438 Feb-Mar 2022 | | |
| 57. | Merrill Lynch Acct x2440 July 2021 | | |
| 58. | Merrill Lynch Acct x2440 Mar - April 2022 | | |
| 59. | Merrill Lynch Acct x3574 Jan – Mar 2021 | | |
| 60. | Merrill Lynch Acct x3574 May – Jul 20221 | | |
| 61. | Merrill Lynch Acct x3574 Jan 2022 | | |
| 62. | Merrill Lynch Acct x3574 Mar - April 2022 | | |
| 63. | Merrill Lynch Acct x3574 Aug 2022 | | |
| 64. | Merrill Lynch Acct x4T57 July 2021 | | |
| 65. | Merrill Lynch Acct x4T57 Feb – Mar 2022 | | |
| 66. | Merrill Lynch Acct x4867 Feb 2021 | | |
| 67. | Merrill Lynch Acct x4867 Aug 2021 | | |
| 68. | Merrill Lynch Acct x5469 Jan 2021 | | |
| 69. | Merrill Lynch Acct x5469 Aug 2021 | | |
| 70. | Merrill Lynch Acct x5472 Jan – Feb 2021 | | |
| 71. | SVB Acct x6347 Dec 2020 | | |

| | | | |
|---|---|---|---|
| 72. | RESERVED | | |
| 73. | Cellphone Extraction Text Messages between 18595338577 and 16176100337 | | |
| 74. | Cellphone Extraction Text Messages between 18595338577 and 14088881891 | | |
| 75. | Cellphone Extraction Text Messages between 18595338577 and 17575565112 | | |
| 76. | Cellphone Extraction Text Messages between 18595338577 and 14156025001 | | |
| 77. | Cellphone Extraction Text Messages between 18595338577 and 18172910711 | | |
| 78. | Cellphone Extraction Text Messages between 18595338577 and 14088881891 | | |

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender
Northern District of Texas

/s/ *Christopher J. Weinbel* _____
CHRISTOPHER J. WEINBEL
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24121196
819 Taylor Street, Room 9A10
Fort Worth, Texas 76102
Phone (817) 978-2753
Christopher_weinbel@fd.org
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2024, I electronically filed the foregoing document using the Court's CM/ECF system, thereby providing service on attorneys of record.

/s/ Christopher Weinbel
CHRISTOPHER WEINBEL