IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:23-CR-127-P |
| CHRISTOPHER KIRCHNER | |

## GOVERNMENT'S NOTICE TO THE COURT AND COUNSEL FOR THE DEFENDANT REGARDING WITNESSES TESTIFYING

The United States, through the undersigned Assistant United States Attorneys, gives notice to the Court and counsel for the defendant of its intent to call the following witnesses on Wednesday, January 24, 2024.

1. Sarah Israel
2. Walter Hart
3. Varun Dodla

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Joshua Detzky
JOSHUA D. DETZKY
Assistant United States Attorney
N.J. Bar No. 037172011
NASHONME JOHNSON
Assistant United States Attorney
N.Y. State Bar No. 4952248
JAY WEIMER
Texas State Bar No. 24013727
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8629
Facsimile: 214.659.8809

1

Email: joshua.detzky@usdoj.gov
Email: nashonme.johnson@usdoj.gov
Email: jay.weimer@usdoj.gov