UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | No. 4:23-CR-127-P |
| CHRISTOPHER KIRCHNER | § § § | |

## ORDER ON DEFENDANT'S MOTION TO RECONSIDER DETENTION

Pending before the Court is the Defendant's Motion to Reconsider Detention, filed on January 25, 2024, and after considering such motion, the Court finds said motion should be ~~GRANTED~~/DENIED.

SIGNED this **25** day of January 2024.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE