```
1                   IN THE UNITED STATES DISTRICT COURT

2                  FOR THE NORTHERN DISTRICT OF TEXAS

3                        FORT WORTH DIVISION

4   UNITED STATES OF AMERICA        )     CASE NO. 4:23-CR-00127-P
                                    )
5                                   )     FORT WORTH, TEXAS
    vs.                             )
6                                   )     JULY 11, 2024
    CHRISTOPHER KIRCHNER            )     10:10 A.M.
7

8                           VOLUME 1
                       TRANSCRIPT OF SENTENCING
9              BEFORE THE HONORABLE MARK T. PITTMAN
                UNITED STATES DISTRICT COURT JUDGE
10

11  A P P E A R A N C E S:

12  FOR THE GOVERNMENT:      JOSHUA DAVID DETZKY
                            KATIE CARR JACOBS
13                          NASHONME JOHNSON
                            DIMITRI NARCISO ROCHA
14                          UNITED STATES DEPARTMENT OF JUSTICE
                            NORTHERN DISTRICT OF TEXAS
15                          1100 Commerce Street, Third Floor
                            Dallas, Texas  75242
16                          Telephone:  817.659.8805

17
    FOR THE DEFENDANT:      CHRISTOPHER JAMES WEINBEL
18                          ASSISTANT FEDERAL PUBLIC DEFENDER
                            NORTHERN DISTRICT OF TEXAS
19                          819 Taylor Street, Room 9A10
                            Fort Worth, Texas  76102
20                          Telephone:  817.978.2753

21
    COURT REPORTER:         MONICA WILLENBURG GUZMAN, CSR, RPR
22                          501 W. 10th Street, Room 310
                            Fort Worth, Texas  76102
23                          Telephone:  817.850.6681
                            E-Mail: mguzman.csr@yahoo.com
24

25  Proceedings reported by mechanical stenography, transcript
    produced by computer.
```

<u>**INDEX**</u>

|  |  | PAGE | VOL. |
|---|---|---|---|
| Appearances | ................................ | 4 | 1 |
| Comments by the Court | ....................... | 5 | 1 |
| Defendant Admonished | ........................ | 9 | 1 |
|  |  |  |  |
| Objections to Presentence Report |  |  |  |
|     By Mr. Weinbel | ........................ | 11 | 1 |
|     By the Government | ..................... | 13 | 1 |
| Court's Ruling | ...........................15,27 |  | 1 |
|  |  |  |  |
| Statements on Sentencing |  |  |  |
|     By Mr. Weinbel | ........................ | 28 | 1 |
|     By the Government | ..................... | 29 | 1 |
|  |  |  |  |
| Sentence of the Court | ...................... | 33 | 1 |
|  |  |  |  |
| Objection to Sentence by Mr. Weinbel | ....... | 43 | 1 |
| Court's Ruling | ............................ | 43 | 1 |
|  |  |  |  |
| Defendant Admonished – Appellate Rights | .... | 43 | 1 |
| Discussion on Forfeiture | ................... | 44 | 1 |
| Proceedings Adjourned | ...................... | 48 | 1 |
| Reporter's Certificate | ..................... | 49 | 1 |

1

2
**GOVERNMENT'S EXHIBITS**

3

| EXHIBIT | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---------|-------------|---------|----------|------|
| A | Attorney's Fees Statement – Dillon Miller Ahuja & Boss | 18 | 18 | 1 |
| B | Attorney's Fees Statement – Cooley | 18 | 18 | 1 |
| C | Attorney's Fees Statement – Mayer Brown | 18 | 18 | 1 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P R O C E E D I N G S**

*(July 11, 2024, 10:10 a.m.)*

1  *THE COURT:*  Next up is Case Number 4:23-CR-127-P-1,
2  this is United States vs. Christopher Kirchner.

*MR. DETZKY:*  Joshua Detzky on behalf of the United
States.  Good morning, Your Honor.

*MS. JOHNSON:*  Nashonme Johnson on behalf of the
United States.  Good morning, Your Honor.

*MS. JACOBS:*  Katie Jacobs on behalf of the United
States.  Good morning.

*MR. WEINBEL:*  Christopher Weinbel for Mr. Kirchner.
We're ready.

*THE COURT:*  Mr. Kirchner, would you state your full
name for us.

*THE DEFENDANT:*  Christopher Kirchner.

*THE COURT:*  Mr. Detzky, will you be conducting most
of the sentencing proceeding?

*MR. DETZKY:*  Excuse me, Your Honor?

*THE COURT:*  Will you be conducting most of the
sentencing proceeding today on behalf of the United States?

*MR. DETZKY:*  That's correct, Your Honor.  And then
my colleague, Ms. Jacobs, would like to briefly address the
Court on the issue of restitution.

*THE COURT:*  Okay.  We'll talk about that when we
come to restitution.  I see Mr. Rocha is here, we have an

5

```
 1   issue with regards to some of the forfeiture matters.  We
 2   have -- I'd like at the end of the sentencing, Mr. Rocha, for
 3   you to be prepared to tell me what's going on with regards to
 4   the forfeiture.  For example, does the bank or Tarrant County
 5   still have any outstanding claims, what about the claims of
 6   Mrs. Kirchner?
 7            It's not something that I believe that I need to
 8   decide here today.  Mr. Kirchner needs to receive his sentence
 9   and go where he needs to go, and we can work out the
10   forfeiture at a later date.  But I would like for you to brief
11   me on it, okay?
12            MR. ROCHA:  Yes, Your Honor.
13            THE COURT:  All right.  Let the record reflect that
14   the forfeiture attorney for the United States is here and
15   present, that's Dimitri Rocha.
16            Mr. Rocha, I'm assuming we don't have anybody from
17   the lienholders here, so just be careful what you do.  We
18   don't want to make any ex parte communications.  I'd just like
19   to know the status of the case after we're done, okay?
20            MR. ROCHA:  Yes, Your Honor.
21            THE COURT:  Okay.  All right.  The Court would like
22   to make a few findings before we begin.  This case has been a
23   mess when it comes to the representation of Mr. Kirchner.
24   Mr. Kirchner started out with private counsel.  He couldn't
25   afford private counsel, so a very able Government counsel was
```

1  appointed and represented him in the trial of this matter.

2        By judging from the filings on the docket,

3  Mr. Kirchner, since the verdict came back in your case, back

4  on January the 25th, I've had various motions that have been

5  filed by the Public Defender's Office asking to be released

6  from representation in this case alleging that you have not

7  been cooperating or speaking to your appointed attorneys.

8        Now, one thing that is not allowed under the rules

9  is you not communicating or cooperating with your attorneys.

10  And you can't delay sentencing, you can't obstruct the

11  proceedings by not communicating with your attorneys.

12        And to the extent that that might have been going on

13  in this case, I'm going to admonish you again not to do that.

14  The public defender only on Monday had a hearing on its second

15  motion to withdraw that Mr. Weinbel filed that was heard by

16  our Magistrate, Judge Cureton, who declined and overruled the

17  motion to withdraw, Docket Number 139.  The Court will be

18  adopting those findings for purposes of the hearing today.

19        The reasoning that was given on the record by

20  Mr. Cureton -- by Judge Cureton, rather, declining to let the

21  Federal Public Defender withdraw from this case are sound and

22  supported by the facts on the record in this case, and I adopt

23  them 100%.  You can't play these games and try to avoid the

24  inevitable.  And this is -- the attorneys that you have been

25  given, you have in this case been given the best defense that

1    you were able to get under the circumstances.

2              You were the individual that chose to go to trial

3    in this matter.  You'll remember that the jury took about

4    30 minutes to come back and reach its guilty verdict on all

5    11 counts in this case.  The evidence was not only beyond a

6    reasonable doubt, it was overwhelmingly beyond that standard.

7    You're the individual that chose to go to trial.  You got the

8    best defense that you could get at the expense of the

9    taxpayers.  You were also allowed to call expert witnesses.

10             But we're not going to play these games, okay?  The

11   jury in this case took less time to deliberate than I would

12   have seen in the car wreck cases that I used to handle when I

13   was a state court judge.  This may be, in my ten years of

14   experience as a judge, the shortest amount of deliberations

15   that I have ever seen.  Yet, you chose to go to trial.  So, I

16   want you to keep that in mind.

17             But for purposes of the record here today, we are

18   going forward with the counsel that represented you at your

19   trial, that would be the Federal Public Defender's Office.

20   And as I said, Mr. Weinbel did an outstanding job with the

21   facts and circumstances that he had.  And I don't know what

22   you were expecting, but as good a job and as good of an

23   attorney as you had at trial, it is impossible to turn a piece

24   of coal into a diamond.

25             So, we're going to go forward with the sentencing

1    and you're going to begin your sentence.  And any complaints

2    that you may have, you are certainly free to take them up with

3    the Fifth Circuit.  And if they told me that I did something

4    wrong or your attorney did something wrong, I promise you that

5    I will comply with whatever they order me to do.

6           But for purposes of this sentencing you're going to

7    be represented by the public defender.  I'm assuming, after

8    we're done today, Mr. Weinbel and the Public Defender's Office

9    will file another motion to be allowed to withdraw.  And I

10   haven't seen their motion yet, but I would guess after they

11   file that that you'll be assigned an appellate specialist that

12   will take your case to the Fifth Circuit.

13          And you'll have a panel of three judges, and

14   possibly the entire court can look over the record of this

15   case.  And if I did anything that was inappropriate or if

16   anybody else did, including the United States Attorney's

17   Office, they will let me know.

18          But when it comes to playing games with sentencings

19   and my schedule, as busy as we are here, you are no better and

20   no worse than anybody else that I have seen.  And I have said

21   this to the attorneys numerous times in this case, we are the

22   busiest division in the entire country, with only two active

23   judges.

24          And I know a lot of times the attorneys think that I

25   am losing my patience and not giving cases the time that they

1  deserve.  I do my best to give the cases and the defendants in

2  any case the time that they deserve, but I'm not in a

3  situation where I can have my time wasted.  Because if that's

4  the case, it adversely affects the other folks.

5          So, I want you to keep that in mind.  I want the

6  attorneys to keep that in mind, including those who are not

7  here for this case today but have sentencings later in the

8  day.

9          This is not a forum in which we include each and

10  every detail and we pile on, we just don't have the luxury of

11  doing that.  And until Congress allocates additional seats for

12  the Fort Worth Division, it will likely stay the way it is

13  now.

14          But when we have dockets that are three times busier

15  than the average Dallas docket, and when I have to sentence

16  eight to 15 people a week just to keep up, we need to make

17  sure that we know what the responsibilities are of attorneys

18  and parties in the Court.

19          All right.  Again, would you state your full name

20  for us, Mr. Kirchner.

21          THE DEFENDANT:  Christopher Kirchner.

22          THE COURT:  Do you have a middle name?

23          THE DEFENDANT:  Steven.

24          THE COURT:  All right.  Mr. Kirchner, you appeared

25  here before the Court beginning on January the 25th of 2024,

1    that was the end of trial in this matter.  At that time the

2    jury found you guilty on Counts 1 through 11 of the

3    superseding indictment, charging you with wire fraud and

4    engaging in monetary transactions and property derived from

5    specified unlawful activity, in violation of 18 United States

6    Code, Section 1343 and 18 United States Code, Section 1957.

7            At this time I'll ask counsel for Mr. Kirchner, Did

8    you have an opportunity to receive, not only our presentence

9    report, but the addendum to the presentence report?

10            *MR. WEINBEL:*  Yes, Your Honor.

11            *THE COURT:*  I know that we have some issues

12    regarding restitution, and I'd like to take those up.

13            At this time, Mr. Weinbel, you've objected to the

14    loss amount and the loss calculation.  I think that this is

15    part and parcel of the restitution in this case.

16            We also have a second amendment.  I apologize, my

17    file is a mess.  Did you and your client have a chance to

18    review the presentence report, the first addendum and the

19    second addendum?

20            *MR. WEINBEL:*  Yes, Your Honor.

21            *THE COURT:*  Did the Government have time to receive

22    and review those three documents?

23            *MR. DETZKY:*  Yes, Your Honor.

24            *THE COURT:*  All right.  At this time I'd like to

25    take up the objection.  I do think it's worthwhile, given the

1    many filings in this case to hear some argument and

2    presentation on it.

3          Mr. Weinbel has objected on behalf of his client to

4    paragraph 59.  Mr. Detzky, you also lodged an objection, which

5    I believe has been reviewed and accepted by probation.  I'm

6    prepared to accept the Government's objection.

7          But I do think I would like to hear some argument on

8    Mr. Weinbel's objection, specifically as to what he should be

9    held accountable for, number one.  And number two, from the

10   Government as to what the appropriate restitution amount is.

11   I think this is part and parcel of the same argument.  But I

12   will be accepting and sustaining the Government's objection.

13         But at this time I'll turn it over to you,

14   Mr. Weinbel.  If you would like to make your record with

15   regards to your objection to paragraph 59, please do so.

16         MR. WEINBEL:  Thank you, Your Honor.

17         So, the total amount with the intended loss ended up

18   coming to about 71 million, and I don't believe that's a true

19   loss amount in this case.

20         As it was shown at trial, about 71 million is what

21   the company Slync ended up taking in from investors in total.

22   The amount in question, and what he was charged with, was

23   about 23 million, as to the wire fraud and money laundering

24   counts that he was alleged to have converted to his own use.

25         I believe that's a better number to use as the loss

1    amount, because the rest of that, between 71 and 73 million,

2    was used to pay investors, to pay payroll, to use for the

3    company.  So, if those were to be included in a restitution

4    amount, you would not only be making them whole, you'd be

5    doubling what they've already made.

6          Every one of these victims, as was seen here, came

7    in on their private jets from their huge mansions, that they

8    lost no money in this transaction.  Almost every single one of

9    them is doing better today than they were before.

10         *THE COURT:*  Well, but let me ask you something,

11   those were amounts that were given to them, they're not

12   exactly their amounts.  In most cases, as I recall from the

13   trial, they were pension funds.  So, those loss amounts could,

14   at least arguably, come from people like me and you that are

15   paying into our pension.  Folks like my wife that pays into a

16   pension fund through the State of Texas.  We have firefighters

17   unions, et cetera, et cetera, pension funds.

18         So, to say that these were from the folks that --

19   Elon Musk that flew in, it wasn't something that came from his

20   private checking account.  At least you'll concede that, won't

21   you?

22         *MR. WEINBEL:*  So, there was one that was a pension

23   account.  But, for instance, ACME, Blumberg and the Goldman

24   Sachs money was all straight from those companies, did not

25   come from those accounts.  They were just money given to the

1    company, Slync.

2            And then during the lifeline of Slync, money ended

3    up being made, they sold their own stocks, made most of this

4    back.  After all of this went down and Mr. Kirchner was

5    removed, they even reinvested more money into this company.

6    And so I think it -- it would be false to say that they should

7    get back all the money they put in when they've already gotten

8    it back.

9            THE COURT:  All right.  Mr. Detzky?

10            MR. DETZKY:  Yes, Judge.

11            Any discussion of loss has to start with the premise

12    that Your Honor only need make a reasonable estimate of the

13    loss based on the evidence presented.  And Your Honor can rely

14    on and adopt the facts detailed in the PSR without further

15    inquiry here.

16            And it's obviously the defendant's burden to present

17    some sort of rebuttal evidence to show that the facts in the

18    PSR are untrue or inaccurate.  And nowhere in his objection

19    does he say that the factual underpinnings or the figures for

20    the loss amounts in the PSR are incorrect.

21            THE COURT:  Well, let me stop you one second.  In

22    looking at my murals in the back of the courtroom here, and I

23    look at the taking down of Sam Bass on the streets of Round

24    Rock.  Sam Bass famously stole $60,000, not 70 million, from a

25    bank up in Kansas.

1          Let's say that someone robs a bank and the bank

2     submits an insurance claim to the Federal Deposit Insurance

3     Corporation and ends up fortuitously getting more money back

4     than was actually stole by Sam Bass in the bank robbery.

5          Does that mean that Sam Bass didn't steal the

6     $60,000 and shouldn't be held accountable for that?

7          *MR. DETZKY:*  No, Your Honor.

8          But I will say that what defense counsel just put

9     forth on the record is completely and factually inaccurate.

10    None of the investors here got a dime back from Slync or the

11    defendant.  They lost the entirety of their investments that

12    they put into Slync.

13          *THE COURT:*  And it just would have been fortuitous

14    if they got their money back on another investment?

15          *MR. DETZKY:*  If -- if they did get their money back

16    it would have been fortuitous.

17          In actuality, these same victim investors that are

18    included in the PSR for loss purposes put in even more money

19    after Mr. Kirchner was removed as CEO and lost the entirety of

20    that investment as well trying to save the company.  But,

21    obviously, that doesn't go to the scheme, so that wasn't

22    included for loss purposes.

23          But none of these victims got a dime back from Slync

24    or the defendant.  They lost the entirety of their investment.

25    And they only were induced to invest based on factual

1    misrepresentations made by the defendant.  If they knew the

2    truth, they never would have put the money in.

3                And this was part --

4                THE COURT:  Well, and I think it's worth pointing

5    out is the -- detailed in the second addendum, that we do have

6    one of the victims in this request, ACME, that actually

7    requested an additional amount of loss for the victims in this

8    case of $81 million that wasn't included in the loss amount

9    for the calculations in this case.

10               Isn't that correct?

11               MR. DETZKY:  $81,000 for the --

12               THE COURT:  I'm sorry, 81,000.  I'm -- too many

13   numbers there for an Aggie to read.

14               MR. DETZKY:  Your Honor, that is a request for

15   restitution for counsel fees, I believe, that ACME put forth

16   in their victim impact statement.  That would not go to a loss

17   analysis for sentencing guideline purposes.  And Ms. Jacobs is

18   ready to address that, because the Government submits that

19   that restitution number for counsel fees is actually lower

20   than ACME is submitting.

21               THE COURT:  All right.  I do think that the

22   guideline calculations in this case are appropriate with

23   regards to the loss amount to which Mr. Kirchner can be

24   subject to, as calculated in paragraph 59.  Defendant's

25   objection will be overruled.  As far as I'm concerned that

1    objection is preserved for the Fifth Circuit.

2            Ms. Jacobs --

3            *MS. JACOBS:*  Yes, Your Honor.

4            *THE COURT:*  I'm sorry, I'm used to thinking of you

5    as Ms. Carr.  Would you please take me through what you

6    believe the current loss amount is.  And again, we do have a

7    recent request from ACME for an additional $81,000, as was

8    pointed out by Government's counsel.

9            The current amount of restitution that I have is

10   $65,560,735.67.

11           *MS. JACOBS:*  Yes, Your Honor.

12           So, briefly as it relates to attorney's fees --

13           *THE COURT:*  I'm sorry, ma'am.  This is like a ping

14   pong ball, it keeps going back and forth.  The current

15   restitution amount that I have with regards to calculations

16   that were given to me by the U.S. Probation is $65,485,938.12.

17   So, that's approximately $75,000 less than the amount that I

18   just read to you.

19           So, can you continue with your argument, just so I

20   have a good idea of what the restitution amount is.  And,

21   again, a lot of this is purely academic.  I'm guessing that

22   Mr. Kirchner is never going to be able to come up, if he lives

23   to be 120, with $65.5 million restitution.

24           *MS. JACOBS:*  Yes, Your Honor.

25           So, with the attorney's fees included in the PSR,

1    I'd like to start -- there's Correlation Ventures, there is

2    ACME, and then the final one, which is the largest requested

3    as it relates to costs and attorney's fees related to this

4    criminal trial and witness testimony is for Blumberg.

5          So, there have been three victim impact statements

6    submitted that did include the attorney's fees request.  I --

7    I'd like to offer some exhibits at this time to correspond

8    with those.  Specifically, you know, just to make sure we have

9    a clear record, that it's not just the general number included

10    in the victim impact statements, that it's actually the

11    itemized bills that were provided by counsel for the various

12    defendants.

13          So, if I may, Your Honor --

14    *THE COURT:*  Have you shown these to defense counsel?

15    *MR. WEINBEL:*  Yes, Your Honor.

16    *MS. JACOBS:*  Yes, Your Honor, I have.  And I have

17    copies for them, as well as for the Court.

18    *MR. WEINBEL:*  We have no objection, Your Honor.

19    *THE COURT:*  All right.  Let me take a look at those.

20    *MS. JACOBS:*  May I approach Your Honor.

21    *THE COURT:*  Yes, ma'am.

22    *(Attorney approaches the bench)*

23    *MS. JACOBS:*  Your Honor, we also request, because of

24    the nature of these itemized billing statements submitted,

25    that they be placed under seal, to protect the victim

1    information as well as, you know, any attorney/client that may

2    be provided therein.

3         *MR. WEINBEL:*  We also have no objection, Your Honor.

4         *THE COURT:*  All right.  The -- Government's Exhibits

5    A, B and C will be placed under seal and admitted as part of

6    the record in this case.

7         *MS. JACOBS:*  Your Honor --

8         *THE COURT:*  I see Mayer Brown charged up a whopping

9    $378,000 to respond to a subpoena.

10        *MS. JACOBS:*  Well, Your Honor, if I may, I'd suggest

11   that we go with the smallest amount related, it's the one

12   entitled -- Exhibit A, entitled Dillon Miller Ahuja & Boss.

13   This one, in review -- I reviewed them closely and it looked

14   like there was some expenses including for a corresponding SEC

15   investigation.  There is case law to support that those should

16   not be included in the restitution amount.

17        *THE COURT:*  I wouldn't feel comfortable including

18   that anyway.

19        *MS. JACOBS:*  Yes, Your Honor.

20        So, I have -- the amounts that I have provided to

21   probation do exclude specifically on Exhibit A, it's Bates

22   number page 1 and 2.  And then the final pages were submitted

23   far after the time to submit the bills.  And so, it's Bates

24   numbers 15 through 18 we would also suggest should be omitted.

25        And that would bring us to the new total, to

1    8,800 -- excuse me, $8,854, rather than the original request

2    of 11,892.75.

3            *THE COURT:*  And educate me on how this works.  That

4    would be the amount that we would go with for the attorney's

5    fees, total for everything?

6            *MS. JACOBS:*  Yes, Your Honor.

7            And -- yes.  And under the *United States vs.*

8    *Afriyie*, Your Honor, it sets some various standards post

9    *Lagos*, it's out of the Second Circuit, and it is 27 F.4th 161,

10   and it discusses the availability of legal costs and fees as

11   it relates to subpoena responses, assisting with case

12   investigation.

13           So, that's why specifically, Your Honor, I went

14   through, saw the SEC information, everything else that's been

15   included has been stated that it is related specifically to

16   this investigation, it appears so.  It appears as well from

17   the review, except for the ones that I've requested be

18   omitted.

19           *THE COURT:*  Now, would that be in addition to the

20   number that I read off -- that I have for the current amount

21   of restitution?  Do I need to add the approximately $11,000 to

22   that?

23           *MS. JACOBS:*  No, Your Honor.

24           That's already included in the restitution amount

25   that was provided this morning by probation.  And it's already

20

1    been reduced by the amounts that the United States has taken

2    out of the attorney's fees as not applicable to this case.

3              THE COURT:  Do you agree, Mr. Weinbel?

4              MR. WEINBEL:  Yes, Your Honor.

5              MS. JACOBS:  Okay.  And then next, Your Honor, we

6    have the Cooley fees.  And specifically --

7              THE COURT:  I think we should go back into private

8    practice.

9              MS. JACOBS:  Your Honor, in going through, I would

10   direct your attention to page 7.  There's a highlight, Bates

11   number 7, there's a highlight there where it indicates that

12   the attorney was speaking with the client on a new matter --

13             THE COURT:  Yeah.  That --

14             MS. JACOBS:  -- so we have omitted that one from our

15   calculation.  And then additionally, I believe that's page

16   17 -- yeah, on Bates number 17 there's entries for December

17   16th, December 20th and December 21st, all that only relate to

18   the SEC investigation.  So, I've gone through, applied the

19   applicable billing rate of each of these individuals and

20   reduced the amount by that as well.

21             So, the original amount for Cooley for the victim

22   ACME was $81,043.15.  That has since been reduced and it's

23   current with the Court's calculation of restitution to

24   $77,946.65.

25             THE COURT:  Any objection?

21

1          *MR. WEINBEL:*  No, Your Honor.

2          *THE COURT:*  All right.  I just am shocked that any

3     attorney with a straight face, I don't care where you're

4     located, can charge 1350 an hour.  But I'm glad Cooley gave us

5     a 10% discount in the amount of $2500.

6          Go ahead.  That's -- that's just ridiculous.

7          *MS. JACOBS:*  Yes, Your Honor.

8          So, now briefly going to the Blumberg invoices.  As

9     you'll see in pages 1 through -- Bates numbers 1 through -- I

10    apologize -- 36, there's various highlights throughout there.

11    The yellow highlights indicate that those actions were just

12    taken in relation to the SEC investigation.

13         So, I went through and calculated all of those based

14    on the billable rate sheet that I provided to the Court and

15    defense counsel and --

16         *THE COURT:*  So, like -- let me ask you something.

17    Where it says prepared for interview with DOJ and SEC, I hope

18    you're eliminating that entire amount?

19         *MS. JACOBS:*  Well, Your Honor, I --

20         *THE COURT:*  Or did you half it?

21         *MS. JACOBS:*  I had halved it out of this.  I

22    certainly can eliminate the entire amount.  It's up to your

23    discretion.  Whenever -- the yellow I've eliminated in total.

24    The pink has been -- you know, I did it at 50% based on the

25    fact that it was in preparation of both.  But it's really up

1   to the Court's discretion as it relates to that.

2       THE COURT:  Okay.  Then I tell you what I'm going to

3   do, because as I said, I think that if you can't bill your

4   time correctly then you don't deserve any of the amounts,

5   they're not supported by evidence.  So, let me take a look at

6   these amounts in pink and I'll be revising and taking those

7   out accordingly.

8       And I'm sure that Mr. Weinbel will not object if I

9   eyeball it and give an estimated amount.

10      MS. JACOBS:  And, Your Honor, I do have the total

11  amount for the pink and yellow, if that would be helpful.

12      THE COURT:  Okay.  Give me the amount of the pink

13  and we'll take that out.

14      MS. JACOBS:  Okay.  The pink, in total, Your Honor,

15  was $60,540.80.

16      THE COURT:  All right.  Then giving the defendant

17  the benefit of the doubt, I'll be taking $70,000 off of the

18  $65,485,000 amount.

19      Any objection?

20      MR. WEINBEL:  No, Your Honor.

21      THE COURT:  What did I say, $70,000?

22      MS. JACOBS:  Yes, Your Honor.

23      THE COURT:  All right.  So, the revised amount is

24  going to be $65,400 -- I'm sorry -- $65,415,938.12.  And this

25  is to reflect the Court's discount of the bills that were

1    submitted by the Mayer Brown firm out of Chicago as their

2    billing statements are just a mess.

3            *MS. JACOBS:*  Yes, Your Honor.

4            *THE COURT:*  Any objection?

5            *MR. WEINBEL:*  No, Your Honor.

6            *THE COURT:*  All right.  Again, that total amount of

7    restitution is $65,415,938.12.

8            *MR. WEINBEL:*  Your Honor, could I, for the record,

9    state, just based on my objection what we believe the amount

10   should be, knowing that you still overruled?

11           *THE COURT:*  Yeah.  I want to make some comments

12   first, though.

13           *MR. WEINBEL:*  Yes, Your Honor.

14           *THE COURT:*  Given that I used to do these sorts of

15   prosecutions, I should know the answer to this.  But I hope --

16   I know that I'm going to be making a large forfeiture order on

17   this case -- but I hope that the amounts that are seized,

18   whatever little amount can be gained from Mr. Kirchner through

19   participation in the inmate financial responsibility program,

20   will be prioritized and it will go to the victims first, not

21   the attorneys.

22           Ms. Jacobs, do you know how that works, or

23   Mr. Rocha?  Do you have anything you want to tell me,

24   Mr. Rocha?

25           How do -- how do we disburse these amounts at the

1    U.S. Attorney's Office through our Victims Unit?  Is there any

2    way that you can prioritize the actual victims over the

3    attorneys that are charging $1,350 an hour?

4         *MR. ROCHA:*  Yes, Your Honor.

5         The natural process -- and Ms. Jacobs actually works

6    with this more than I do.  But the actual process is that

7    victims get priority.

8         *THE COURT:*  Actual victims, not some attorney that's

9    overcharging.  Is that correct, Ms. Jacobs?

10        *MS. JACOBS:*  Uh --

11        *THE COURT:*  No?  You're shaking your head.  Let's go

12   off the record for five minutes.

13              *(Discussion held off the record)*

14        *THE COURT:*  Go ahead, ma'am, we're back on the

15   record.

16        *MS. JACOBS:*  Your Honor, there is a way to

17   prioritize that the payments go directly to the victims prior

18   to the legal fees.

19        *THE COURT:*  Do I need to order that?

20        *MS. JACOBS:*  Yes, Your Honor.

21        And it would simply be included in the judgment

22   of -- for example, ACME, it would be ACME nonattorney's fees.

23   We could do it as ACME, and then ACME attorney's fees

24   subsequently.  So, if the Court can order that the ACME --

25   what their actual loss is, is paid before the attorney's fees.

1    We just need to have it -- the amounts separated out, which we

2    do have currently.

3          THE COURT:  Probation, do think we can do that in

4    our judgment?  Sounds pretty complicated to me.

5          PROBATION OFFICER:  I think we can make that happen,

6    Your Honor.

7          THE COURT:  Would you, Ms. Jacobs, please work with

8    not only probation, but I also want you to be sure to copy

9    everything with Mr. Weinbel and get his input as well?

10         MS. JACOBS:  Yes, Your Honor.

11         THE COURT:  But the victims in this case are the

12    ones who will need first priority.  And I'll be ordering that

13    orally at this time; and again, when I make my restitution

14    order when I pronounce the sentence.  But I want to make sure

15    that that is made clear in the written judgment that the

16    actual victims receive the funds first.

17          And to the extent, Mr. Rocha, when we do our

18    forfeiture proceedings at a later date, if I need to indicate

19    that on the forfeiture orders, if there's a way to do that, I

20    would like to do so.

21         MR. ROCHA:  Yes, Your Honor.

22         THE COURT:  Okay?

23         MS. JACOBS:  Yes, sir.

24         THE COURT:  So, again, I want to give Mr. Weinbel a

25    chance to make his statements.  But I've reduced the

1  restitution in this amount by the amount of $70,000, to

2  reflect billing discrepancies from the Mayer Brown firm --

3          MR. WEINBEL:  Thank you, Judge.

4          THE COURT:  -- as outlined in Exhibit C of the

5  Government.

6          All right.  Mr. Weinbel, I'm going to turn it back

7  over to you, sir.

8          MR. WEINBEL:  Just for record purposes, the amount

9  that we believe the restitution should be set at is based on

10 the amount proven at trial, and then what we just went through

11 with Ms. Jacobs.  So, the original amount being

12 $22,661,240.96.  And then adding to that these fees that we

13 just discussed, the total amount, we believe, would be

14 $23,175,673.18 in total restitution.

15         THE COURT:  Does that include the $75,000 haircut

16 that I gave the Mayer Brown firm?

17         MR. WEINBEL:  Yes, sir.

18         THE COURT:  All right.  Your objection is duly noted

19 and it's overruled.

20         MR. WEINBEL:  Thank you.

21         THE COURT:  All right.  Let's make some findings

22 with regards to the guidelines, and I know, Mr. Weinbel, you'd

23 like to make a presentation on your client's behalf.  I have

24 had a chance to read your downward variance/downward departure

25 motion.

1          Okay.  Ms. Jacobs, thank you for clearing that up.

2          *MS. JACOBS:*  Yes, Your Honor.

3          *THE COURT:*  In cases like this I believe that that

4    is the hardest part of the job, trying to really nail down

5    what the restitution should be.  But for purposes of my

6    rulings, I do believe that the amount submitted by the United

7    States, as we just discussed, and on the record, are supported

8    by a preponderance of the evidence and I am accepting them and

9    we will be making a restitution order in accordance with

10   those.

11         Mr. Weinbel, feel free to take my findings up with

12   the Fifth Circuit.  And if they disagree with me I'm happy to

13   change it.

14         All right.  So, the Government's objection is

15   sustained, defendant's objection is overruled.

16         At this time I'll be adopting as my final findings

17   of fact the statements of fact made in the presentence report,

18   subject to and including the changes and qualifications made

19   by the addendum to the presentence report, and that I made in

20   response to the objections to the presentence report.  As I

21   said, I've sustained the Government's objection and overruled

22   defense objection.

23         And after having considered the conclusions

24   expressed by the probation officer in the presentence report

25   as to the appropriate guideline calculations, after having

considered the objections, having also considered the first

and second addendums, it's my determination that the

appropriate guideline calculations for Mr. Kirchner are as

follows:  Total offense level of 38, a criminal history

category of I, an imprisonment range of 235 to 293 months, a

supervised release range of one to three years per count, and

then we have a fine range of $50,000 to $250,000, plus costs

of imprisonment and supervision.

          As I said, I have read your sentencing memorandum,

as well as the motion for a downward variance that you've

included therein, Mr. Weinbel.  But nevertheless, I know

you'll want to make some comments and arguments on your

client's behalf.  So, please do so at this time.

          *MR. WEINBEL:*  Thank you, Judge.

          Just to supplement that, you know the cases I pulled

and put in that memo are some that are more televised or

publicized cases.  And I think, you know, we could have pulled

on the tens of thousands of cases that happen with wire fraud

in the United States every year, and they all seem to point to

these guidelines being completely overblown by what is

typically handed out.  And I know that sentencing discrepancy

and disparity are one of the key factors in this Court.

          So, in looking -- even if we use the number that we

just talked about of 65 million for restitution, one of the

cases I talked about was Elizabeth Holmes, and her amount

1    ended up being $71 million.  But in addition to that, her fake

2    product and actions ended up leading to people dying because

3    of it; whereas, in here, Mr. Kirchner has only been charged

4    with the 23 million, and then we're finding that the

5    restitution is 65.  And none of his actions led to anything

6    like that.  She got 11 years, and his guidelines are twice

7    that.  And so, I don't see how that can be fair in our

8    judicial system.

9         Looking at the other two cases I pointed out you

10    find similar things.  I did a breakdown of what each year

11    would be worth, and no matter how you would do it, using any

12    of the cases or any of the ones that happened recently in

13    Dallas or Fort Worth, you still get that -- something around

14    the range of five years or less would be an appropriate and

15    accurate sentence when compared to the other crimes of this

16    magnitude.

17         Thank you, Judge.

18         THE COURT:  Mr. Kirchner, would you like to make a

19    presentation or give a statement rather?  You don't have to.

20         THE DEFENDANT:  Not at this time, Your Honor.  I

21    think Chris covered what I would have liked to have said.

22         THE COURT:  Does the Government wish to be heard?

23         MR. DETZKY:  Briefly, Your Honor.

24         The Government asks the Court to impose a sentence

25    within the applicable guideline range of 235 months to 293

months.  And things that the Government looks at in this case

that make it an egregious case are that the defendant's crimes

were the product of a series of decisions made over a

prolonged period of time.  And he could have stopped at any

point in time, but he kept going.

His lies became more brazen.  He fraudulently raised

more and more investor funds.  He subsequently stole and

embezzled more and more investor money.  He told more and more

lies and he became greedier and greedier over time.  And at no

time, throughout these entire proceedings and after, has the

defendant shown an ounce of remorse for his actions.

For the monetary and reputational losses that the

victims suffered, no remorse for Slync's employees and Slync's

other cofounders who have nothing to show for their years of

hard work except a bankrupt company and reputational stains.

He's blamed everyone but himself for the company's collapse.

And he even perjured himself on the stand in a failed attempt

to deceive the jury.

The defendant's criminal conduct to date

demonstrates that he is undeterred from criminal conduct based

on the potential damage to others or respect for the law.  So,

the risk of recidivism here is real, and there is a

significant likelihood that if the defendant is released back

into society, without a lengthy sentence of incarceration, he

will have the opportunity to commit another fraud.  So, it's

1    necessary that the sentence imposed disable the defendant from

2    being in that position in the future.

3        And general deterrence is also a significant factor

4    here.  Because the extent of the defendant's ill-gotten gains

5    serve as a strong temptation to any would-be fraudster, unless

6    it is clear that in the end the conduct carried a severe

7    punishment.

8        THE COURT:  All right.  Thank you, counsel.

9        MR. DETZKY:  Thank you very much, Your Honor.

10        THE COURT:  Is there a request for placement?

11        MR. WEINBEL:  As close to D/FW as possible, sir.

12        THE COURT:  Okay.  All right.  At this time I'll

13    state the sentence determined after my consideration of the

14    factors set forth under Title 18 United States Code, Section

15    3553(a), and also the advisory sentencing guidelines, as well

16    as the conduct that was considered by the jury at the trial on

17    this case and the evidence that was used to support the

18    convictions in this case, as well as what was laid out in our

19    presentence report and the two addenda to that report and

20    what's in the record before me.

21        After I state the sentence, I'll give the attorneys

22    a final chance to make any legal objections before I finally

23    impose the sentence.

24        I do believe that a downward variance is not

25    warranted in this case, and that request is overruled.

1          Let me state the sentence at this time.  And before

2   I get into the restitution amounts, Ms. Jacobs, just correct

3   me if I'm wrong, but I do need to reduce the amount that I

4   have listed on behalf of ACME Capital by $70,000; is that

5   correct?

6          MS. JACOBS:  It is actually on behalf of Blumberg,

7   Your Honor, the $70,000.

8          THE COURT:  You said that.  I apologize.  Blumberg,

9   okay.

10          MR. ROCHA:  Your Honor --

11          THE COURT:  Yeah.

12          MR. ROCHA:  I just want to remind you that the

13   forfeiture has to be orally pronounced.

14          THE COURT:  I was going to take that up after we're

15   done.

16          MR. ROCHA:  Okay.

17          THE COURT:  All right.  The forfeiture will be

18   announced to the extent that I am -- will be announcing that

19   the forfeiture is the items that were indicated -- and I

20   believe in Docket Number 144; is that correct?

21          MR. ROCHA:  Yes, Your Honor.

22          THE COURT:  Okay.  Well, I will be adopting that.

23   But as far as any outstanding disputes over what the

24   Government's forfeited, after we are done with the sentencing

25   I would like for you to address the current status of that; if

1    there are any conflicts, disputes, et cetera, et cetera, as to

2    the ownership of the items that will be seized, were there any

3    liens, et cetera, et cetera.  I know you'll educate me, okay?

4              *MR. ROCHA:*  Sure.  Thank you.

5              *THE COURT:*  Thank you.

6              Okay.  At this time I'll pronounce the sentence.

7    And again, I'll give the attorneys a chance to object.

8              It is the judgment of the Court that the defendant,

9    Christopher Kirchner, in Cause Number 4:23-CR-127-P, is hereby

10   committed to the custody of the United States Bureau of

11   Prisons for a period of 240 months as to each Counts 1

12   through 4, and 120 months as to each Count 5 through 11, all

13   to run concurrently for a total sentence of 240 months.

14             I am not ordering a fine or the costs of

15   incarceration, because this defendant does not have the

16   financial resources or the future earning capacity to pay a

17   fine or the costs of his incarceration.

18             However, I am ordering restitution in the amount of

19   $65,415,938.12.  That restitution shall be paid to the United

20   States District Clerk, here in Fort Worth, Texas, for

21   disbursement to the following:  Blumberg Capital, in the

22   amount of $6,927,619.24; Correlation Ventures, in the amount

23   of $4,192,393.37; SC-NGU, LLC, care of Ronnie Lott, in the

24   amount of $24,999.34; Steven Fleck, in the amount of

25   $149,999.99; to Hack VC 2020 LP, care of Ed Roman, in the

1    amount of $139,299.45.  Sorry, Monica, I'll try to go slow.

2               *PROBATION OFFICER:*  Judge --

3               *THE COURT:*  Yeah.

4               *PROBATION OFFICER:*  I believe that last one was

5    139,299.45.

6               *THE COURT:*  Okay.  Let me revise the amount for Hack

7    VC 2020 LP, I mistakenly identified the number.  The amount of

8    restitution due to Hack VC 2020 LP, care of Ed Roman, is

9    $139,229.45.

10         To SLV *(sic)* Fund I, Series of Hack VC LP, the

11    amount of restitution is $310,769.22; to the Atwell Family

12    Revocable Living Trust, care of Jim Atwell, the amount is

13    $40,185.66; to Wayne D. Atwell and Peggy R. Atwell Revocable

14    Trust, care of Wayne Atwell, $2,567.31; to the -- I may be

15    mispronouncing this, but to the Weitman, W-E-I-T-M-A-N, Family

16    Trust, care of Paul Weitman, the amount of $50,232.07.

17         To Broastreet Principal Investments, LLC, Stone

18    Bridge 2020, LP and Stone Bridge 2020 Offshore Holdings II,

19    LP, care of Goldman Sachs Legal Department, the amount of

20    $34,999,997.45; to 235 Capital Partners, care of Jim Atwell,

21    the amount of $9,997.98; to ACME Capital, attention Michael

22    Derrick CFO, the amount of $16,642,714.20; to JP Entrepreneur

23    Fund II --

24               *COURTROOM DEPUTY:*  Judge.

25               *THE COURT:*  Did I mispronounce -- what did I state

1  wrong?  JP Entrepreneur?

2  *PROBATION OFFICER:*  ACME.

3  *THE COURT:*  Huh?

4  *COURTROOM DEPUTY:*  ACME.

5  *THE COURT:*  $16,642,711.40 will be due and payable

6  to ACME Capital, attention Michael Derrick CFO.  That revises

7  the previous amount I said for ACME Capital.

8       Again, let me state again, JP Entrepreneur Fund II,

9  LLC JPX, care of Jordan Park Group, $199,997.72; to SL

10  Gaingels Fund 1, Series of Zachary Ginsburg Funds, LP,

11  $1,130,235.13; to Gaingels Slync, LLC, care of the Moulton

12  Law, $420,000; finally, to Benjamin Burman, in the amount of

13  $175,002.79.

14       Restitution is due and payable immediately.  But if

15  upon commencement of the term of supervised release any part

16  of the $65,415,938.12 restitution ordered by this judgment

17  remains unpaid, the defendant shall make payments on such

18  unpaid balance at a rate of at least $200 per month, the first

19  such payment to be made no later than 60 days after

20  defendant's released from confinement, and another payment to

21  be made on the same day of each month thereafter until

22  restitution is paid in full.

23       The Court recommends to the Bureau of Prisons that

24  the defendant be allowed to participate in the inmate

25  financial responsibility program.

1              The Court is also required to make a forfeiture

2      order, as Mr. Rocha has pointed out.  For purposes of

3      expediency, I am not going to read out all of the items that

4      have been seized for the purposes of forfeiture in this case.

5      However, I will be adopting for purposes of forfeiture those

6      items that are outlined and referenced in Docket Number 144,

7      that's the amended preliminary order of forfeiture referencing

8      the money judgment and forfeiture against the defendant.

9              And, again, pursuant to Federal Rule of Criminal

10     Procedure 32.2(b)(1)(A) and 21 United States Code, Section

11     853(a), the Court will be imposing this forfeiture order

12     against defendant, a personal money judgment in the amount of

13     $16,131,500.  And payments towards the forfeiture judgment

14     shall be made here to the United States Marshals Service

15     located in Dallas, Texas.

16             But, again, I'm not going to read various assets

17     that have been outlined in the amended preliminary order of

18     forfeiture at Docket Number 144 that have been condemned and

19     forfeited to the United States, but the Court will adopt all

20     of the items listed in that order of forfeiture.

21             Just for purposes of flavoring the sentencing, those

22     include everything from a 2020 Rolls-Royce to a Richard Mille

23     platinum watch, various men's and ladies' Rolexes, watches and

24     jewelry from the Cartier Company, various bank accounts and

25     expensive wines.  Those have all been seized and will be

1    forfeited to the United States as part of the judgment.

2    That's all outlined in Docket Number 144.

3          I'm also ordering upon release from imprisonment,

4    the defendant shall be placed on a term of supervised release

5    for three years as to Count 1 through 11, each count to run

6    concurrently for a total time of supervised release of three

7    years.

8          Now, Mr. Kirchner, during that three-year time

9    period, after you're released from prison, you are going to be

10   subject to numerous conditions which you must comply with or

11   you risk being sent back to prison if you don't.  You're going

12   to be subject to our mandatory conditions found under 18 U.S.

13   Code, 3583(d), the standard conditions that are found in

14   Section 5D1 of our guidelines manual.

15         But also additional terms of supervised release that

16   we gave you this morning in this order, that you have returned

17   to me with your signature.  Now, Mr. Kirchner, by signing that

18   order you have acknowledged you've received these additional

19   terms, you agree to be bound by them upon your release for

20   that three-year period, you waive me reading them all to you

21   here this morning.  But you're also acknowledging you're going

22   to comply with those terms upon your release and that you

23   could be revoked and sent back to prison if you violate any of

24   those.  These are all in Part G of your presentence report, if

25   you have any questions.

1          I'm further ordering the defendant pay a special

2     assessment in the amount of $100 per count, for a total amount

3     of $1,100.

4          I'll make a nonbinding recommendation that

5     Mr. Kirchner be able to serve his sentence as close to the

6     Dallas/Fort Worth area as possible.

7          In determining the sentence I considered the

8     advisory guidelines, as well as the other directives listed

9     in 18 U.S. Code, Section 3553(a).  And I did find that a

10    240-month sentence is sufficient, but not greater than

11    necessary, to comply with the purposes set forth in paragraph

12    2 of Section 3553(a), it reflects the seriousness of and

13    provides a just punishment for the offense, promotes respect

14    for the law, affords adequate deterrence to criminal conduct

15    and protects the public from further crimes of the defendant.

16         Ms. Jacobs, did you have something you needed to

17    tell me?

18         *MS. JACOBS:*  Yes, Your Honor.

19         I just wanted to make clear within the sentencing

20    and imposition that the -- for the attorney's fees issue, that

21    the victims get paid first their amounts, and then they're --

22    they've also been awarded restitution for certain attorney's

23    fees and legal costs, that that would be paid subsequently.

24         I just didn't want that to be left out of --

25         *THE COURT:*  All right.  Let me finish stating the

1  sentence, and then I'll turn it over to you for any objections

2  and I want you to make your record, okay?

3  　　　　　*MS. JACOBS:*  Yes, Your Honor.

4  　　　　　*THE COURT:*  And then I'll revise what I said.

5  　　　　　So back to the justification of the sentence, I do

6  feel the 240-month sentence is justified based on all the

7  factors, not only in the guidelines, but also under 18 U.S.

8  Code, Section 3553(a).

9  　　　　　Let me state that even if we didn't have the

10  guidelines or my guideline calculations are later shown to be

11  incorrect, this is still the same sentence that I would have

12  found to be appropriate just under my discretion under *Booker*.

13  We have, basically, a $70 million theft in this case.

14  　　　　　I pointed out earlier, Mr. Kirchner, the Sam Bass

15  mural in the back.  As I said, he stole about $60,000 from a

16  train, I think it was up in Kansas or Nebraska.  At the time

17  it was one of the largest robberies in the United States; so,

18  the Texas Rangers were out to get him.

19  　　　　　He basically led a terror campaign of all kinds of

20  thefts from banks to stage coaches.  His main area of

21  operations was from the Decatur/Denton area down to Austin.

22  The portrait that you see in the back is the Texas Rangers

23  taking him down in the streets of Round Rock.  And he was shot

24  multiple times and later ran outside of town and died shortly

25  thereafter.

1            But if you think you're any better than Sam Bass,

2    you're not.  The only difference between you two is that he at

3    least used a gun and had to risk his life.  He didn't get to

4    go to golf tournaments around the world and play golf with

5    celebrities.  He had to at least hide out and sleep on the

6    ground.

7            You got to fly on private jets and enjoy Rolex

8    watches, et cetera, et cetera.  You better be lucky that it's

9    not 1874 and it's 2024.  But don't ever think that you're any

10   better than he is.

11           I have now stated the sentence and the reasons

12   therefor.  Are there any objections before it's finally

13   imposed?

14           *MR. DETZKY:*  No, Your Honor.  Except if Ms. Jacobs

15   has something.

16           *THE COURT:*  Ms. Jacobs, if you would like to state

17   your proposed amendment to the judgment, I'd like to hear it

18   at this time.

19           *MS. JACOBS:*  Yes, Your Honor.  So, just for clarity

20   for purposes of the judgment, it is my understanding that the

21   Court intends that the victims be paid for their actual losses

22   prior to any legal costs that they had incurred as a result of

23   subpoenas or witness testimony, things like that, that the

24   Court has already determined to be included in the

25   restitution.

 1          So, for Blumberg Capital, LP, that would be the

 2     original amount of $6,499,997.67 of the, I guess, of the

 3     restitution amount.  And then subsequently payments made to

 4     Blumberg to their attorneys, Mayer Brown, in the amount of

 5     $427,621.57.

 6          So -- and then second, for Correlation Ventures II,

 7     LP, the original loss amount, not including legal costs, is

 8     $4,183,539.37.  And the attorney's fees found to be acceptable

 9     by the Court for purposes of restitution is $8,854, to be

10     paid after the original restitution amount of approximately

11     $4 million is paid in full.

12          And then finally, for ACME, Your Honor, the original

13     restitution loss amount is $16,564,764.75.  They incurred

14     attorney's fees that have been accepted by this Court in the

15     amount of $77,000 -- or $77,946.65, which is to be paid after

16     the original loss amount of the approximate $16 million.

17          *THE COURT:*  You've correctly stated my intentions

18     and what I would like for the judgment to reflect.  And I'm

19     prepared to accept the addendum that you have suggested.  It's

20     completely in line with my orders in this case.  And I know

21     that Mr. Weinbel has some objections that he would like to

22     state.

23          But just for the purposes of form, not acknowledging

24     that you agree with these numbers in any way, for the purposes

25     of sentencing and my sentencing calculations here today, and

1    not waiving any argument you may have with the Fifth Circuit

2    with regards to these numbers, are you fine with acknowledging

3    the revision of the numbers as indicated by Ms. Jacobs?

4            MR. WEINBEL:  Yes, Your Honor.

5            THE COURT:  Okay.  Then the judgment will so

6    reflect.

7            I do need to ask you this, Ms. Jacobs, if you would

8    please work with U.S. Probation and Ms. Milam, to the extent

9    necessary, that we make sure that our judgment is absolutely

10   correct when it comes to the numbers.  And of course I would

11   remind you, you have an obligation to share any of your

12   communications with counsel for Mr. Kirchner.

13           Do you understand?

14           MS. JACOBS:  Yes, Your Honor.

15           THE COURT:  Okay.  I would like to make sure that we

16   get this correct.  There is no need for the attorneys in this

17   case to be paid prior to the victims.  So, I would like to

18   revise my judgment and make sure that that is reflected in the

19   final judgment that we sign on paper in this case.

20           I appreciate your cooperation with regards to the

21   restitution amount.  I know that that's never easy to

22   calculate in any white collar case, particularly when we have

23   numbers as large as we do in this one.  So, thank you very

24   much.

25           MS. JACOBS:  For sure.

1        THE COURT:  Mr. Weinbel, do you have any objections?

2        MR. WEINBEL:  Just that the sentence is greater than

3   necessary in the interest of justice, Your Honor.

4        THE COURT:  Okay.  That objection has been

5   considered by the Court, I will be overruling it.  But as far

6   as I'm concerned your arguments are preserved for appeal, and

7   you can take those arguments up with the Fifth Circuit.  But

8   for my purposes here today, they will be overruled.  So, the

9   sentence in this case will be imposed as stated.

10        Mr. Kirchner, you do have the right to appeal the

11   sentence that I've just imposed today for any reason

12   whatsoever.  I would encourage you to speak to Mr. Weinbel if

13   you do have a question about whether you should appeal.  If

14   you decide to have new attorneys that you can pay for at this

15   point, I would encourage you to speak to them sooner rather

16   than later.

17        I have given you a document that you've signed,

18   Mr. Weinbel has signed, called a Notice of Right to Appeal

19   your conviction and sentence after a sentence has been imposed

20   in a case which has gone to trial on a plea of not guilty.

21   And that document that you've signed outlines what you need to

22   do and the steps you must take in order to appeal.

23        It's very important that you know that that is not

24   your notice to me that you're appealing.  That is merely my

25   notice to you of your appellate rights.

1        But I would highly, highly encourage you to speak to

2   Mr. Weinbel if you have any questions.  And get your notice of

3   appeal on file with the Court, in writing, in the next 14

4   days.

5        So, with that admonition I will be remanding you to

6   the Marshals.

7        And I would like to have counsel for the United

8   States that's handling the forfeiture matters, Mr. Rocha, if

9   you would come up after the Marshals have taken Mr. Kirchner

10  away and we'll talk about the status of the forfeiture

11  proceedings.

12        *(Defendant leaves courtroom)*

13  **THE COURT:**  Mr. Rocha, why don't you go ahead and

14  come on up.

15        So, Mr. Rocha, in reviewing the docket sheet in this

16  case -- and I just pronounced and imposed a sentence

17  forfeiting several assets.  As I said, the actual assets

18  themselves are in Docket Number 144, which I've adopted for

19  purposes of sentencing and my judgment in this case.  But it's

20  my understanding there may be some fights between interested

21  parties relating to the real estate owned, particularly the

22  home residence of Mr. Kirchner.

23        Can you just enlighten the Court what's going on and

24  do I need to hold a separate hearing on the -- any disputes

25  which may remain related to the forfeiture.

1          *MR. ROCHA:*  Yes, Your Honor.

2          So, at this point, as you know, you've ordered

3     forfeiture against the defendant; through the minute

4     preliminary forfeiture, and then, of course, entering it with

5     the judgment today.

6          We have the ancillary proceeding, which is the third

7     parties.  There have been petitions filed by three third

8     parties.  One is Tarrant County, one is First Citizens Bank.

9     The Tarrant County one was at Docket 118, First Citizens Bank

10    at 116.  And there's a petition also by Alyssa Kirchner.

11         Regarding the petition by Tarrant County and First

12    Citizens Bank, those related to the real property.  And, as

13    you know, the Government released that through an agreement

14    with another potential third party, Triple S Sports.

15         So, just yesterday both Tarrant County and First

16    Citizens Bank filed their notice of withdrawal to those two

17    petitions; so those are now -- can be dismissed as moot.  So,

18    that's Docket Entry 116 and Docket Entry 118.

19         *THE COURT:*  All right.  Let me make some findings

20    for the record.  And after this we'll be entering some

21    electronic orders confirming my oral order in this case.  I

22    don't have any docket sheet.

23         But I noticed that as well, Mr. Rocha.  The Court,

24    as Mr. Rocha has indicated, has received two motions to

25    withdraw related to the interest of Tarrant County in the

1   property located at 1209 Perdenalas Trail here in Tarrant

2   County.  And that also includes various entities here in

3   Tarrant County, including the school districts and the city,

4   taxing entities, et cetera.  That motion is filed at Docket

5   Number 147.  That motion will be granted and the motion to

6   withdraw that petition is granted and the petition, of course,

7   is now moot.

8           As Mr. Rocha has pointed out, we also have Docket

9   Number 148 that was filed on the same property by First

10  Citizens Bank and Trust.  And as indicated, both in the motion

11  and by Mr. Rocha here on the record today, the Bank intends to

12  withdraw its petition for the adjudication of its interest in

13  that property.  And the Court will grant that motion; and that

14  request is now moot as well.

15          So, Docket Number 147 and 148 are granted.

16          MR. ROCHA:  Thank you, Your Honor.

17          There's only one remaining petition, third party

18  petition, is by Alyssa Kirchner that was filed at Docket 119.

19  We filed a motion to dismiss partial -- or motion to dismiss,

20  partially, of the petition back in Docket 134, filed on

21  May 28th of 2024.  That motion is still pending.

22          You asked earlier about whether a hearing is

23  necessary or not.  We had case law in that motion indicating

24  that a hearing is not necessary if the Court finds that the

25  motion can be decided on the papers.  It, essentially, follows

1    the Federal Rules of Civil Procedure, essentially a Rule 12

2    motion.

3    *THE COURT:*  Okay.  Let's -- that's fine.  Let's not

4    get into the merits of that motion.  The Court will take that

5    motion under advisement and get a -- I believe that you're

6    right, no oral hearing is required.  So, I will be ruling on

7    that motion posthaste.

8    And I believe that should take care of all the

9    ancillary forfeiture proceedings; is that correct?

10    *MR. ROCHA:*  Yes, Your Honor.

11    So, once that is cited, we will file a motion for

12    final order of forfeiture which will tie up everything --

13    proposed order will tie up everything.

14    *THE COURT:*  All right.  Thank you, Mr. Rocha, I

15    appreciate your patience.  And, again, thank you, too,

16    Ms. Jacobs for the restitution calculations.

17    *MR. ROCHA:*  Thank you.

18    *MR. WEINBEL:*  Can I ask Mr. Rocha one question

19    before we finish?

20    *THE COURT:*  Sure.  Do you want to put it on the

21    record, Chris?

22    *MR. WEINBEL:*  Depending on what we talk about.

23    *THE COURT:*  All right.  Go ahead.

24            *(Discussion between counsel held off the record)*

25    *MR. WEINBEL:*  Then we've got nothing, Your Honor.

1    *THE COURT:*  All right.  Then thank you for informing
2    the Court.  I appreciate everyone's patience with me today.
3    Obviously these cases aren't the easiest to sort out at
4    sentencing, but I appreciate your patience.
5        Mr. Weinbel, I appreciate the efforts that you did
6    in a case of this magnitude.  You did an excellent job.  And I
7    promise you, no one that could have been retained would have
8    done better.
9        *MR. WEINBEL:*  Thank you, Judge.
10        *THE COURT:*  But I appreciate everybody's patience
11    with me.  Thank you-all, and we'll go off the record.
12            *(Proceedings Adjourned)*
13
14
15
16
17
18
19
20
21
22
23
24
25

## REPORTER'S CERTIFICATE

1

2

3        I, Monica Willenburg Guzman, CSR, RPR, certify

4    that the foregoing is a true and correct transcript from

5    the record of proceedings in the foregoing entitled matter.

6        I further certify that the transcript fees format

7    comply with those prescribed by the Court and the Judicial

8    Conference of the United States.

9        Signed this 24th day of July, 2024.

10

11                        /s/Monica Willenburg Guzman
                          Monica Willenburg Guzman, CSR, RPR
12                        Texas CSR No. 3386
                          NCRA No. 32278
13                        Official Court Reporter
                          The Northern District of Texas
14                        Fort Worth Division

15

16    CSR Expires:       7/31/2025

17    Business Address:  501 W. 10th Street, Room 310
                         Fort Worth, Texas  76102
18
      Telephone:         817.850.6681
19
      E-Mail Address:    mguzman.csr@yahoo.com
20

21

22

23

24

25

**COURTROOM DEPUTY: [2]** 2/24
35/4
**MR. DETZKY: [12]** 4/5 4/18 4/21
10/23 13/10 14/7 14/15 15/11 15/14
29/23 31/9 40/14
**MR. ROCHA: [13]** 5/12 5/20 24/4
25/21 32/10 32/12 32/16 32/21 33/4
45/1 46/16 47/10 47/17
**MR. WEINBEL: [26]** 4/11 10/10 10/20
11/16 12/22 17/15 17/18 18/3 20/4
21/1 22/20 23/5 23/8 23/13 26/3 26/8
26/17 26/20 28/14 31/11 42/4 43/2
47/18 47/22 47/25 48/9
**MS. JACOBS: [34]** 4/9 16/3 16/11
16/24 17/16 17/20 17/23 18/7 18/10
18/19 19/6 19/23 20/5 20/9 20/14 21/7
21/19 21/21 22/10 22/14 22/22 23/3
24/10 24/16 24/20 25/10 25/23 27/2
32/6 38/18 39/3 40/19 42/14 42/25
**MS. JOHNSON: [1]** 4/7
**PROBATION OFFICER: [4]** 25/5 34/2
34/4 35/2
**THE COURT: [91]**
**THE DEFENDANT: [4]** 4/15 9/21 9/23
29/20

**$**

**$1,100 [1]** 38/3
**$1,130,235.13 [1]** 35/11
**$1,350 [1]** 24/3
**$100 [1]** 38/2
**$11,000 [1]** 19/21
**$139,229.45 [1]** 34/9
**$139,299.45 [1]** 34/1
**$149,999.99 [1]** 33/25
**$16 [1]** 41/16
**$16,131,500 [1]** 36/13
**$16,564,764.75 [1]** 41/13
**$16,642,711.40 [1]** 35/5
**$16,642,714.20 [1]** 34/22
**$175,002.79 [1]** 35/13
**$199,997.72 [1]** 35/9
**$2,567.31 [1]** 34/14
**$200 [1]** 35/18
**$22,661,240.96 [1]** 26/12
**$23,175,673.18 [1]** 26/14
**$24,999.34 [1]** 33/24
**$250,000 [1]** 28/7
**$2500 [1]** 21/5
**$310,769.22 [1]** 34/11
**$34,999,997.45 [1]** 34/20
**$378,000 [1]** 18/9
**$4 [1]** 41/11
**$4,183,539.37 [1]** 41/8
**$4,192,393.37 [1]** 33/23
**$40,185.66 [1]** 34/13
**$420,000 [1]** 35/12
**$427,621.57 [1]** 41/5
**$50,000 [1]** 28/7
**$50,232.07 [1]** 34/16
**$6,499,997.67 [1]** 41/2
**$6,927,619.24 [1]** 33/22
**$60,000 [3]** 13/24 14/6 39/15
**$60,540.80 [1]** 22/15
**$65,400 [1]** 22/24
**$65,415,938.12 [4]** 22/24 23/7 33/19

35/16
**$65,485,000 [1]** 22/18
**$65,485,938.12 [1]** 16/10
**$65,560,735.67 [1]** 16/10
**$65.5 [1]** 16/23
**$70 [1]** 39/13
**$70,000 [5]** 22/17 22/21 26/1 32/4 32/7
**$71 [1]** 29/1
**$75,000 [2]** 16/17 26/15
**$77,000 [1]** 41/15
**$77,946.65 [2]** 20/24 41/15
**$8,854 [2]** 19/1 41/9
**$81 [1]** 15/8
**$81,000 [2]** 15/11 16/7
**$81,043.15 [1]** 20/22
**$9,997.98 [1]** 34/21

**.**

**............................15,27 [1]** 2/11

**/**

**/s/Monica [1]** 49/11

**1**

**10 [1]** 21/5
**100 [1]** 6/23
**10:10 [2]** 1/6 4/2
**10th [2]** 1/22 49/17
**11 [7]** 1/6 4/2 7/5 10/2 29/6 33/12 37/5
**11,892.75 [1]** 19/2
**1100 [1]** 1/15
**116 [2]** 45/10 45/18
**118 [2]** 45/9 45/18
**119 [1]** 46/18
**12 [1]** 47/1
**120 [2]** 16/23 33/12
**1209 [1]** 46/1
**134 [1]** 46/20
**1343 [1]** 10/6
**1350 [1]** 21/4
**139 [1]** 6/17
**139,299.45 [1]** 34/5
**14 [1]** 44/3
**144 [5]** 32/20 36/6 36/18 37/2 44/18
**147 [2]** 46/5 46/15
**148 [2]** 46/9 46/15
**15 [2]** 9/16 18/24
**161 [1]** 19/9
**16th [1]** 20/17
**17 [2]** 20/16 20/16
**18 [7]** 10/5 10/6 18/24 31/14 37/12
38/9 39/7
**1874 [1]** 40/9
**1957 [1]** 10/6

**2**

**2020 [6]** 33/25 34/7 34/8 34/18 34/18
36/22
**2024 [6]** 1/6 4/2 9/25 40/9 46/21 49/9
**2025 [1]** 49/16
**20th [1]** 20/17
**21 [1]** 36/10
**21st [1]** 20/17
**23 [2]** 11/23 29/4
**235 [3]** 28/5 29/25 34/20
**240 [2]** 33/11 33/13
**240-month [2]** 38/10 39/6

**24th [1]** 49/9
**25th [2]** 6/4 9/25
**27 [1]** 49/9
**28th [1]** 46/21
**293 [2]** 28/5 29/25

**3**

**30 [1]** 7/4
**310 [2]** 1/22 49/17
**32.2 [1]** 36/10
**32278 [1]** 49/12
**3386 [1]** 49/12
**3553 [4]** 31/15 38/9 38/12 39/8
**3583 [1]** 37/13
**36 [1]** 21/10
**38 [1]** 28/4

**4**

**4:23-CR-00127-P [1]** 1/4
**4:23-CR-127-P [1]** 33/9
**4:23-CR-127-P-1 [1]** 4/3

**5**

**50 [1]** 21/24
**501 [2]** 1/22 49/17
**59 [3]** 11/4 11/15 15/24
**5D1 [1]** 37/14

**6**

**60 [1]** 35/19
**65 [2]** 28/24 29/5

**7**

**7/31/2025 [1]** 49/16
**70 [1]** 13/24
**71 [3]** 11/18 11/20 12/1
**73 [1]** 12/1
**75242 [1]** 1/15
**76102 [3]** 1/19 1/22 49/17

**8**

**8,800 [1]** 19/1
**81,000 [1]** 15/12
**817.659.8805 [1]** 1/16
**817.850.6681 [2]** 1/23 49/18
**817.978.2753 [1]** 1/20
**819 [1]** 1/19
**853 [1]** 36/11

**9**

**9A10 [1]** 1/19

**A**

**a.m [2]** 1/6 4/2
**able [4]** 5/25 7/1 16/22 38/5
**about [13]** 4/24 5/5 7/3 11/18 11/20
11/23 28/24 28/25 39/15 43/13 44/10
46/22 47/22
**absolutely [1]** 42/9
**academic [1]** 16/21
**accept [2]** 11/6 41/19
**acceptable [1]** 41/8
**accepted [2]** 11/5 41/14
**accepting [2]** 11/12 27/8
**accordance [1]** 27/9
**accordingly [1]** 22/7
**account [2]** 12/20 12/23
**accountable [2]** 11/9 14/6

**A**

accounts [2] 10/23 36/24
accurate [1] 29/15
acknowledged [1] 37/18
acknowledging [3] 37/21 41/23 42/2
ACME [19] 12/23 15/6 15/15 15/20 16/7 17/2 20/22 24/22 24/22 24/23 24/23 24/24 32/4 34/21 35/2 35/4 35/6 35/7 41/12
actions [4] 21/11 29/2 29/5 30/11
active [1] 8/22
activity [1] 10/5
actual [7] 24/2 24/6 24/8 24/25 25/16 40/21 44/17
actuality [1] 14/17
actually [6] 14/4 15/6 15/19 17/10 24/5 32/6
add [1] 19/21
addenda [1] 31/19
addendum [6] 10/9 10/18 10/19 15/5 27/19 41/19
addendums [1] 28/2
adding [1] 26/12
addition [2] 19/19 29/1
additional [5] 9/11 15/7 16/7 37/15 37/18
additionally [1] 20/15
address [5] 4/22 15/18 32/25 49/17 49/19
adequate [1] 38/14
Adjourned [1] 48/12
adjudication [1] 46/12
admitted [2] 3/3 18/5
admonish [1] 6/13
admonition [1] 44/5
adopt [3] 6/22 13/14 36/19
adopted [1] 44/18
adopting [4] 6/18 27/16 32/22 36/5
adversely [1] 9/4
advisement [1] 47/5
advisory [2] 31/15 38/8
affects [1] 9/4
afford [1] 5/25
affords [1] 38/14
Afriyie [1] 19/8
after [20] 5/19 8/7 8/10 13/4 14/19 18/23 27/23 27/25 30/10 31/13 31/21 32/14 32/24 35/19 37/9 41/10 41/15 43/19 44/9 45/20
again [13] 6/13 9/19 16/6 16/21 23/6 25/13 25/24 33/7 35/8 35/8 36/9 36/16 47/15
against [3] 36/8 36/12 45/3
Aggie [1] 15/13
agree [3] 20/3 37/19 41/24
agreement [1] 45/13
ahead [4] 21/6 24/14 44/13 47/23
Ahuja [2] 3/5 18/12
all [43] 5/13 5/21 7/4 9/19 9/24 10/24 12/24 13/4 13/7 13/9 15/21 17/19 18/4 20/17 21/2 21/13 22/6 23/22 23/6 26/6 26/18 26/21 27/14 28/19 31/8 31/12 32/17 33/12 36/3 36/19 36/25 37/2 37/20 37/24 38/25 39/6 39/19 45/19 47/8 47/14 47/23 48/1 48/11
alleged [1] 11/24
alleging [1] 6/6
allocates [1] 9/11
allowed [4] 6/8 7/8 8/9 35/24
Almost [1] 12/10
already [5] 12/5 13/7 19/24 19/25 40/24
also [19] 7/9 10/16 11/4 17/23 18/3 18/24 25/8 28/1 31/3 31/15 36/1 37/3 37/15 37/21 38/22 39/7 45/10 46/2 46/8
Alyssa [2] 45/10 46/18
am [7] 8/25 21/2 27/8 32/18 33/14 33/18 36/3
amended [2] 36/7 36/17
amendment [2] 10/16 40/17
AMERICA [1] 1/4
amount [71]
amounts [13] 12/11 12/12 12/13 13/20 18/20 20/1 22/4 22/6 23/17 23/25 25/1 32/2 38/21
analysis [1] 15/17
ancillary [2] 45/6 47/9
announced [1] 32/18
announcing [1] 32/18
another [5] 8/9 14/14 30/25 35/20 45/14
answer [1] 23/15
any [37] 5/5 5/18 8/1 9/2 13/11 18/1 20/25 21/2 22/4 22/19 23/4 24/1 29/11 29/12 30/4 31/5 31/22 32/23 33/1 33/2 35/15 37/23 37/25 39/1 40/1 40/9 40/12 40/22 41/24 42/1 42/11 42/22 43/1 43/11 44/2 44/24 45/22
anybody [3] 5/16 8/16 8/20
anything [8] 8/15 23/23 29/5
anyway [1] 18/18
apologize [3] 10/16 21/10 32/8
appeal [6] 43/6 43/10 43/13 43/18 43/22 44/3
appealing [1] 43/24
appeared [1] 9/24
appears [2] 19/16 19/16
appellate [2] 8/11 43/25
applicable [2] 20/2 20/19 29/25
applied [1] 20/18
appointed [2] 6/1 6/7
appreciate [6] 42/20 47/15 48/2 48/4 48/5 48/10
approach [1] 17/20
approaches [1] 17/22
appropriate [6] 11/10 15/22 27/25 28/3 29/14 39/12
approximate [1] 41/16
approximately [3] 16/17 19/21 41/10
are [38] 6/21 7/17 8/2 8/19 8/19 8/21 9/6 9/14 9/17 12/14 13/18 13/20 14/17 15/22 23/2 23/17 24/3 25/11 27/7 28/3 28/16 28/16 28/22 29/6 30/2 32/24 33/1 36/6 37/9 37/13 37/24 39/10 40/12 42/2 43/6 44/18 45/17 46/15
area [3] 38/6 39/20 39/21
aren't [1] 48/3
arguably [1] 12/14
argument [5] 11/1 11/7 11/11 16/19 42/1
arguments [3] 28/12 43/6 43/7
around [2] 29/13 40/4
ask [5] 10/7 12/10 21/16 42/7 47/18
asked [1] 46/22
asking [1] 6/5
asks [1] 29/14
assessment [1] 38/2
assets [3] 36/16 44/17 44/17
assigned [1] 8/11
ASSISTANT [1] 1/18
assisting [1] 19/11
assuming [2] 5/16 8/7
attempt [1] 30/17
attention [3] 20/10 34/21 35/6
attorney [8] 5/14 7/23 8/4 17/22 18/1 20/12 21/3 24/8
attorney's [17] 3/4 3/6 3/7 8/16 16/12 16/25 17/3 17/6 19/4 20/2 24/1 24/23 24/25 38/20 38/22 41/8 41/14
attorney/client [1] 18/1
attorneys [15] 6/7 6/9 6/11 6/24 8/21 8/24 9/6 9/17 23/21 24/3 31/21 33/7 41/4 42/16 43/14
Atwell [6] 34/11 34/12 34/13 34/13 34/14 34/20
Austin [1] 39/21
availability [1] 19/10
average [1] 9/15
avoid [1] 6/23
awarded [1] 38/22
away [1] 44/10

**B**

back [23] 6/3 6/3 7/4 13/4 13/7 13/8 13/22 14/3 14/10 14/14 14/15 14/23 16/14 20/7 24/14 26/6 30/23 37/11 37/23 39/5 39/15 39/22 46/20
balance [1] 35/18
ball [1] 16/14
bank [12] 5/4 13/25 14/1 14/1 14/4 36/24 45/8 45/9 45/12 45/16 46/10 46/11
bankrupt [1] 30/15
banks [1] 39/20
based [8] 13/13 14/25 21/13 21/24 23/9 26/9 30/20 30/20 39/6
basically [1] 39/13 39/19
Bass [6] 13/23 13/24 14/4 14/5 39/14 40/1
Bates [5] 18/21 18/23 20/10 20/16 21/9
be [95]
became [2] 30/6 30/9
because [8] 9/3 12/1 15/18 17/23 22/3 29/2 31/4 33/15
been [26] 5/22 6/4 6/7 6/12 6/24 6/25 11/5 14/13 14/16 17/5 19/14 19/15 20/1 20/22 21/24 29/3 36/4 36/17 36/18 36/25 38/22 41/14 43/4 43/19 45/7 48/7
before [10] 1/9 5/22 9/25 12/9 24/25 31/20 31/22 32/1 40/12 47/19
begin [2] 5/22 8/1
beginning [1] 9/25
behalf [9] 4/5 4/7 4/9 4/20 11/3 26/23 28/13 32/4 32/6
being [6] 13/3 26/11 28/20 29/1 31/2 37/11
believe [17] 5/7 11/5 11/18 11/25 15/15 16/6 20/15 23/9 26/9 26/13 27/3

Case 3:16-cr-00031-... Document ... Filed ... Page 52 of 60 PageID 2821

**B**

believe [3] 6/20 27/24 32/23 41/4 47/5 47/8
bench [1] 17/22
benefit [1] 22/17
Benjamin [1] 35/12
best [3] 6/25 7/8 9/1
better [7] 8/19 11/25 12/9 40/1 40/8 40/10 48/8
between [4] 12/1 40/2 44/20 47/24
beyond [2] 7/5 7/6
bill [1] 22/3
billable [1] 21/14
billing [4] 17/24 20/19 23/2 26/2
bills [3] 17/11 18/23 22/25
blamed [1] 30/16
Blumberg [8] 12/23 17/4 21/8 32/6 32/8 33/21 41/1 41/4
Booker [1] 39/12
Boss [2] 3/5 18/12
both [3] 21/25 45/15 46/10
bound [1] 37/19
brazen [1] 30/6
breakdown [1] 29/10
Bridge [2] 34/18 34/18
brief [1] 5/10
briefly [4] 4/22 16/12 21/8 29/23
bring [1] 18/25
Broastreet [1] 34/17
Brown [6] 3/8 18/8 23/1 26/2 26/16 41/4
burden [1] 13/16
Bureau [1] 34/20 35/23
Burman [1] 35/12
busier [1] 9/14
busiest [1] 8/22
Business [1] 49/17
busy [1] 8/19

**C**

calculate [1] 42/22
calculated [2] 15/24 21/13
calculation [2] 10/14 20/15 20/23
calculations [8] 15/9 15/22 16/15 27/25 28/3 39/10 41/25 47/16
call [1] 7/9
called [1] 43/18
came [3] 6/3 12/6 12/19
campaign [1] 39/19
can [20] 5/9 8/14 9/3 13/13 15/23 16/19 21/4 21/22 23/18 24/2 24/24 25/3 25/5 29/7 43/7 43/14 44/23 45/17 46/25 47/18
can't [4] 6/10 6/10 6/23 22/3
capacity [1] 33/16
Capital [7] 32/4 33/21 34/20 34/21 35/6 35/7 41/1
car [1] 7/12
care [12] 21/3 33/23 33/25 34/8 34/12 34/14 34/16 34/19 34/20 35/9 35/11 47/8
careful [1] 5/17
CARR [2] 1/12 16/5
carried [1] 31/6
Cartier [1] 36/24
case [48] 1/4 4/3 5/19 5/22 6/3 6/6 6/13 6/21 6/22 6/25 7/5 7/11 8/12 8/15

8/21 9/2 9/4 9/7 10/15 11/1 11/19 15/8 15/9 15/22 18/6 18/15 19/11 20/2 22/1 22/25 11/5 30/1 30/23 17/5 31/18 31/25 36/4 39/13 41/20 42/17 42/19 42/22 43/9 43/20 44/16 44/19 45/21 46/23 48/6
cases [12] 7/12 8/25 9/1 12/12 27/3 28/15 28/17 28/18 28/25 29/9 29/12 48/3
category [1] 28/5
Cause [1] 33/9
celebrities [1] 40/5
CEO [1] 14/19
certain [1] 38/22
certainly [2] 8/2 21/22
CERTIFICATE [1] 49/1
certify [2] 49/3 49/6
cetera [9] 12/17 12/17 33/1 33/1 33/3 33/3 40/8 40/8 46/4
CFO [2] 34/22 35/6
chance [5] 10/17 25/25 26/24 31/22 33/7
change [1] 27/13
changes [1] 27/18
charge [1] 21/4
charged [3] 11/22 18/8 29/3
charging [2] 10/3 24/3
checking [1] 12/20
Chicago [1] 23/1
chose [3] 7/2 7/7 7/15
Chris [2] 29/21 47/21
CHRISTOPHER [7] 1/6 1/17 4/4 4/11 4/15 9/21 33/9
Circuit [7] 8/3 8/12 16/1 19/9 27/12 42/1 43/7
circumstances [2] 7/1 7/21
cited [1] 47/11
Citizens [5] 45/8 45/9 45/12 45/16 46/10
city [1] 46/3
Civil [1] 47/1
claim [1] 14/2
claims [2] 5/5 5/5
clarity [1] 40/19
clear [4] 17/9 25/15 31/6 38/19
clearing [1] 27/1
Clerk [1] 33/20
client [4] 10/17 11/3 18/1 20/12
client's [2] 26/23 28/13
close [2] 31/11 38/5
closely [1] 18/13
coaches [1] 39/20
coal [1] 7/24
Code [7] 10/6 10/6 31/14 36/10 37/13 38/9 39/8
cofounders [1] 30/14
collapse [1] 30/16
collar [1] 42/22
colleague [1] 4/22
come [7] 4/25 7/4 12/14 12/25 16/22 44/9 44/14
comes [3] 5/23 8/18 42/10
comfortable [1] 18/17
coming [1] 11/18
commencement [1] 35/15
comments [2] 23/11 28/12
Commerce [1] 1/15

commit [1] 30/25
committed [1] 33/10
communicating [1] 46/21
communications [2] 5/18 42/12
companies [1] 12/24
company [7] 11/21 12/3 13/1 13/5 14/20 30/15 36/24
company's [1] 30/16
compared [1] 29/15
complaints [1] 8/1
completely [3] 14/9 28/20 41/20
complicated [1] 25/4
comply [5] 8/5 37/10 37/22 38/11 49/7
computer [1] 1/25
concede [1] 12/20
concerned [2] 15/25 43/6
conclusions [1] 27/23
concurrently [2] 33/13 37/6
condemned [1] 36/18
conditions [3] 37/10 37/12 37/13
conduct [5] 30/19 30/20 31/6 31/16 38/14
conducting [2] 4/16 4/19
Conference [1] 49/8
confinement [1] 35/20
confirming [1] 45/21
conflicts [1] 33/1
Congress [1] 9/11
consideration [1] 31/13
considered [6] 27/23 28/1 28/1 31/16 38/7 43/5
continue [1] 16/19
converted [1] 11/24
conviction [1] 43/19
convictions [1] 31/18
Cooley [4] 3/6 20/6 20/21 21/4
cooperating [2] 6/7 6/9
cooperation [1] 42/20
copies [1] 17/17
copy [1] 25/8
Corporation [1] 14/3
correct [10] 4/21 15/10 24/9 32/2 32/5 32/20 42/10 42/16 47/9 49/4
correctly [2] 22/4 41/17
Correlation [3] 17/1 33/22 41/6
correspond [1] 17/7
corresponding [1] 18/14
costs [8] 17/3 19/10 28/7 33/14 33/17 38/23 40/22 41/7
could [8] 7/8 12/13 23/8 24/23 28/17 30/4 37/23 48/7
couldn't [1] 5/24
counsel [16] 5/24 5/25 5/25 7/18 10/7 14/8 15/15 15/19 16/8 17/11 17/14 21/15 31/8 42/12 44/7 47/24
count [5] 28/6 33/12 37/5 37/5 38/2
country [1] 8/22
counts [4] 7/5 10/2 11/24 33/11
County [8] 5/4 45/8 45/9 45/11 45/15 45/25 46/2 46/3
course [3] 42/10 45/4 46/6
court [34] 1/1 1/9 1/21 4/23 5/21 6/17 7/13 8/14 9/18 9/25 17/17 21/14 24/24 28/22 29/24 33/8 35/23 36/1 36/11 36/19 40/21 40/24 41/9 41/14 43/5 44/3 44/23 45/23 46/13 46/24 47/4 48/2 49/7 49/13

## C

Court's [4] 2/10 20/23 22/1 23/25
courtroom [2] 13/22 44/12
covered [1] 29/21
CR [3] 1/4 4/3 33/9
crimes [3] 29/15 30/2 38/15
criminal [6] 17/4 28/4 30/19 30/20 36/9 38/14
CSR [5] 1/21 49/3 49/11 49/12 49/16
Cureton [3] 6/16 6/20 6/20
current [6] 16/6 16/9 16/14 19/20 20/23 32/25
currently [1] 25/2
custody [1] 33/10

## D

D/FW [1] 31/11
Dallas [5] 1/15 9/15 29/13 36/15 38/6
Dallas/Fort [1] 38/6
damage [1] 30/21
date [3] 5/10 25/18 30/19
DAVID [1] 1/12
day [3] 9/8 35/21 49/9
days [2] 35/19 44/4
Decatur [1] 39/21
Decatur/Denton [1] 39/21
deceive [1] 30/18
December [3] 20/16 20/17 20/17
decide [2] 5/8 43/14
decided [1] 46/25
decisions [1] 30/3
declined [1] 6/16
declining [1] 6/20
defendant [19] 1/17 14/11 14/24 15/1 22/16 30/11 30/23 31/1 33/8 33/15 35/17 35/24 36/8 36/12 37/4 38/1 38/15 44/12 45/3
defendant's [7] 13/16 15/24 27/15 30/2 30/19 31/4 35/20
defendants [2] 9/1 17/12
defender [4] 1/18 6/14 6/21 8/7
Defender's [3] 6/5 7/19 8/8
defense [6] 6/25 7/8 14/8 17/14 21/15 27/22
delay [1] 6/10
deliberate [1] 7/11
deliberations [1] 7/14
demonstrates [1] 30/20
Denton [1] 39/21
DEPARTMENT [2] 1/14 34/19
departure [1] 26/24
Depending [1] 47/22
Deposit [1] 14/2
derived [1] 10/4
Derrick [2] 34/22 35/6
DESCRIPTION [1] 3/3
deserve [3] 9/1 9/2 22/4
detail [1] 9/10
detailed [2] 13/14 15/5
determination [1] 28/2
determined [2] 31/13 40/24
determining [1] 38/7
deterrence [2] 31/3 38/14
DETZKY [5] 1/12 4/5 4/16 11/4 13/9
diamond [1] 7/24
did [21] 7/20 8/3 8/4 8/15 8/16 10/7 10/17 10/21 12/24 14/15 17/6 21/20

21/24 22/21 29/10 34/25 34/25 38/9 38/16 48/5 48/6
didn't [4] 15/16 48/24 39/9 40/3
died [1] 39/24
difference [1] 40/2
Dillon [2] 3/4 18/12
dime [2] 14/10 14/23
DIMITRI [2] 1/13 5/15
direct [1] 20/10
directives [1] 38/8
directly [1] 24/17
disable [1] 31/1
disagree [1] 27/12
disburse [1] 23/25
disbursement [1] 33/21
discount [2] 21/5 22/25
discrepancies [1] 26/2
discrepancy [1] 28/21
discretion [3] 21/23 22/1 39/12
discussed [2] 26/13 27/7
discusses [1] 19/10
discussion [3] 13/11 24/13 47/24
dismiss [2] 46/19 46/19
dismissed [1] 45/17
disparity [1] 28/22
disputes [3] 32/23 33/1 44/24
DISTRICT [7] 1/1 1/2 1/9 1/14 1/18 33/20 49/13
districts [1] 46/3
division [4] 1/3 8/22 9/12 49/14
do [45] 5/17 6/13 8/5 9/1 9/22 10/25 11/7 11/15 15/5 15/21 16/6 18/21 19/21 20/3 22/3 22/10 23/14 23/22 23/23 23/25 23/25 24/6 24/19 24/23 25/2 25/3 25/3 25/17 25/19 25/20 27/6 28/13 29/11 31/24 32/3 39/5 42/7 42/13 42/23 43/1 43/10 43/13 43/22 44/24 47/20
docket [18] 6/2 6/17 9/15 32/20 36/6 36/18 37/2 44/15 44/18 45/9 45/18 45/18 45/22 46/4 46/8 46/15 46/18 46/20
dockets [1] 9/14
document [2] 43/17 43/21
documents [1] 10/22
does [6] 5/4 13/19 14/5 26/15 29/22 33/15
doesn't [1] 14/21
doing [2] 9/11 12/9
DOJ [1] 21/17
don't [13] 5/16 5/18 7/21 9/10 11/18 21/3 22/4 29/7 29/19 37/11 40/9 44/13 45/22
done [5] 5/19 8/8 32/15 32/24 48/8
doubling [1] 12/5
doubt [2] 7/6 22/17
down [5] 13/4 13/23 27/4 39/21 39/23
downward [4] 26/24 26/24 28/10 31/24
due [3] 34/8 35/5 35/14
duly [1] 26/18
during [2] 13/2 37/8
dying [1] 29/2

## E

E-Mail [1] 1/23 49/19
each [7] 9/9 20/19 29/10 33/11 33/12

35/21 37/5
earlier [2] 39/14 46/22
earning [1] 33/16
easiest [1] 48/3
easy [1] 42/21
Ed [2] 33/25 34/8
educate [2] 19/3 33/3
efforts [1] 48/5
egregious [1] 30/2
eight [1] 9/16
electronic [1] 45/21
eliminate [1] 21/22
eliminated [1] 21/23
eliminating [1] 21/18
Elizabeth [1] 28/25
Elon [1] 12/19
else [3] 8/16 8/20 19/14
embezzled [1] 30/8
employees [1] 30/13
encourage [3] 43/12 43/15 44/1
end [3] 5/2 10/1 31/6
ended [5] 11/17 11/21 13/2 29/1 29/2
ends [1] 14/3
engaging [1] 10/4
enjoy [1] 40/7
enlighten [1] 44/23
entering [2] 45/4 45/20
entire [5] 8/14 8/22 21/18 21/22 30/10
entirety [3] 14/11 14/19 14/24
entities [2] 46/2 46/4
entitled [3] 18/12 18/12 49/5
Entrepreneur [3] 34/22 35/1 35/8
entries [1] 20/16
Entry [2] 45/18 45/18
essentially [2] 46/25 47/1
estate [1] 44/21
estimate [1] 13/12
estimated [1] 22/9
et [9] 12/17 12/17 33/1 33/1 33/3 33/3 40/8 40/8 46/4
even [5] 13/5 14/18 28/23 30/17 39/9
ever [2] 7/15 40/9
every [4] 9/10 12/6 12/8 28/19
everybody's [1] 48/10
everyone [1] 30/16
everyone's [1] 48/2
everything [6] 19/5 19/14 25/9 36/22 47/12 47/13
evidence [6] 7/5 13/13 13/17 22/5 27/8 31/17
ex [1] 5/18
exactly [1] 12/12
example [2] 5/4 24/22
excellent [1] 48/6
except [3] 19/17 30/15 40/14
exclude [1] 18/21
excuse [2] 4/18 19/1
EXHIBIT [4] 3/3 18/12 18/21 26/4
exhibits [3] 3/2 17/7 18/4
expecting [1] 7/22
expediency [1] 36/3
expense [1] 7/8
expenses [1] 18/14
expensive [1] 36/25
experience [1] 7/14
expert [1] 7/9
Expires [1] 49/16

**E**

expressed [1] 27/7
extent [5] 6/12 25/17 31/4 32/18 42/8
eyeball [1] 22/9

**F**

F.4th [1] 19/9
face [1] 21/3
fact [3] 21/25 27/17 27/17
factor [1] 31/3
factors [3] 28/22 31/14 39/7
facts [4] 6/22 7/21 13/14 13/17
factual [2] 13/19 14/25
factually [1] 14/9
failed [1] 30/17
fair [1] 29/7
fake [1] 29/1
false [1] 13/6
Family [2] 34/11 34/15
famously [1] 13/24
far [4] 15/25 18/23 32/23 43/5
FEDERAL [6] 1/18 6/21 7/19 14/2 36/9 47/1
feel [3] 18/17 27/11 39/6
fees [23] 3/4 3/6 3/7 15/15 15/19 16/12 16/25 17/3 17/6 19/5 19/10 20/2 20/6 24/18 24/22 24/23 24/25 26/12 38/20 38/23 41/8 41/14 49/6
few [1] 5/22
Fifth [6] 8/3 8/12 16/1 27/12 42/1 43/7
fights [1] 44/20
figures [1] 13/19
file [5] 8/9 8/11 10/17 44/3 47/11
filed [9] 6/5 6/15 45/7 45/16 46/4 46/9 46/18 46/19 46/20
filings [2] 6/2 11/1
final [6] 17/2 18/22 27/16 31/22 42/19 47/12
finally [4] 31/22 35/12 40/12 41/12
financial [3] 23/19 33/16 35/25
find [2] 29/10 38/9
finding [1] 29/4
findings [5] 5/22 6/18 26/21 27/11 27/16 45/19
finds [1] 46/24
fine [5] 28/7 33/14 33/17 42/2 47/3
finish [2] 38/25 47/19
firefighters [1] 12/16
firm [3] 23/1 26/2 26/16
first [13] 10/18 23/12 23/20 25/12 25/16 28/1 35/18 38/21 45/8 45/9 45/11 45/15 46/9
five [2] 24/12 29/14
flavoring [1] 36/21
Fleck [1] 33/24
flew [1] 12/19
Floor [1] 1/15
fly [1] 40/7
folks [3] 9/4 12/15 12/18
following [1] 33/21
follows [2] 28/4 46/25
foregoing [2] 49/4 49/5
forfeited [3] 32/24 36/19 37/1
forfeiting [1] 44/17
forfeiture [26] 5/1 5/4 5/10 5/14 23/16 25/18 25/19 32/13 32/17 32/19 36/1 36/4 36/5 36/7 36/8 36/11 36/13 36/18

36/20 44/8 44/10 44/25 45/3 45/4 47/9 47/12
form [1] 47/25
format [1] 49/6
FORT [10] 1/3 1/5 1/19 1/22 9/12 29/13 33/20 38/6 49/14 49/17
forth [5] 14/9 15/15 16/14 31/14 38/11
fortuitous [2] 14/13 14/16
fortuitously [1] 14/3
forum [1] 9/9
forward [2] 7/18 7/25
found [5] 10/2 37/12 37/13 39/12 41/8
fraud [4] 10/3 11/23 28/18 30/25
fraudster [1] 31/5
fraudulently [1] 30/6
free [2] 8/2 27/11
full [4] 4/13 9/19 35/22 41/11
fund [5] 12/16 34/10 34/23 35/8 35/10
funds [5] 12/13 12/17 25/16 30/7 35/10
further [4] 13/14 38/1 38/15 49/6
future [2] 31/2 33/16
FW [1] 31/11

**G**

gained [1] 23/18
Gaingels [2] 35/10 35/11
gains [1] 31/4
games [3] 6/23 7/10 8/18
gave [3] 21/4 26/16 37/16
general [2] 17/9 31/3
get [15] 7/1 7/8 13/7 14/15 24/7 25/9 29/13 32/2 38/21 39/18 40/3 42/16 44/2 47/4 47/5
getting [1] 14/3
give [7] 9/1 22/9 22/12 25/24 29/19 31/21 33/7
given [9] 6/19 6/25 6/25 10/25 12/11 12/25 16/16 23/14 43/17
giving [2] 8/25 22/16
glad [1] 21/4
go [21] 5/9 5/9 7/2 7/7 7/15 7/25 14/21 15/16 18/11 19/4 20/7 21/6 23/20 24/11 24/14 24/17 34/1 40/4 44/13 47/23 48/11
going [24] 5/3 6/12 6/13 7/10 7/18 7/25 8/1 8/6 16/14 16/22 20/9 21/8 22/2 22/24 23/16 26/6 30/5 32/14 36/3 36/16 37/9 37/11 37/21 44/23
Goldman [2] 12/23 34/19
golf [2] 40/4 40/4
gone [2] 20/18 43/20
good [6] 4/6 4/8 4/10 7/22 7/22 16/20
got [7] 7/7 14/10 14/14 14/23 29/6 40/7 47/25
gotten [2] 13/7 31/4
GOVERNMENT [10] 1/12 5/25 10/21 11/10 15/18 26/5 29/22 29/24 30/1 45/13
GOVERNMENT'S [8] 3/2 11/6 11/12 16/8 18/4 27/14 27/21 32/24
grant [1] 46/13
granted [3] 46/5 46/6 46/15
greater [2] 38/10 43/2
greedier [2] 30/9 30/9
ground [1] 40/6

**Group [1]** 35/9
guess [2] 8/10 41/2
guessing [1] 18/23
guideline [6] 15/17 15/22 27/25 28/3 29/25 39/10
guidelines [8] 26/22 28/20 29/6 31/15 37/14 38/8 39/7 39/10
guilty [3] 7/4 10/2 43/20
gun [1] 40/3
GUZMAN [4] 1/21 49/3 49/11 49/11

**H**

Hack [4] 33/25 34/6 34/8 34/10
had [10] 6/4 6/14 7/21 7/23 21/21 26/24 40/3 40/5 40/22 46/23
haircut [1] 26/15
half [1] 21/20
halved [1] 21/21
handed [1] 28/21
handle [1] 7/12
handling [1] 44/8
happen [2] 25/5 28/18
happened [1] 29/12
happy [1] 27/12
hard [1] 30/15
hardest [1] 27/4
has [22] 5/22 11/3 11/5 13/11 19/15 20/1 20/22 21/24 29/3 30/10 32/13 36/2 40/15 40/24 41/21 43/4 43/18 43/19 43/20 45/24 45/24 46/8
have [95]
haven't [1] 8/10
having [3] 27/23 27/25 28/1
he [25] 5/9 5/24 7/21 11/8 11/22 11/24 13/19 16/22 30/4 30/5 30/6 30/7 30/8 30/9 30/17 30/20 30/24 39/15 39/19 39/23 40/2 40/3 40/5 40/10 41/21
He's [1] 30/16
head [1] 24/11
hear [3] 11/1 11/7 40/17
heard [2] 6/15 29/22
hearing [6] 6/14 6/18 44/24 46/22 46/24 47/6
held [4] 11/9 14/6 24/13 47/24
helpful [1] 22/11
her [2] 28/25 29/1
here [23] 4/25 5/8 5/14 5/17 7/17 8/19 9/7 9/25 12/6 13/15 13/22 14/10 29/3 30/22 31/4 33/20 36/14 37/21 41/25 43/8 46/1 46/2 46/11
hereby [1] 33/9
hide [1] 40/5
highlight [2] 20/10 20/11
highlights [2] 21/10 21/11
highly [2] 44/1 44/1
him [3] 6/1 39/18 39/23
himself [2] 30/16 30/17
his [15] 5/8 11/3 11/24 12/19 13/18 25/9 25/25 29/5 29/6 30/6 30/11 33/17 38/5 39/20 40/3
history [1] 28/4
hold [1] 44/24
Holdings [1] 34/18
Holmes [1] 28/25
home [1] 44/22
Honor [70]
HONORABLE [1] 1/9

**H**

hope [3] 21/10 23/23 43/17
hour [2] 21/4 24/3
how [6] 19/3 23/22 23/25 23/25 29/7
29/11
However [2] 33/18 36/5
huge [1] 12/7
Huh [1] 35/3

**I**

I'd [8] 5/2 5/18 10/12 10/24 17/1 17/7
18/10 40/17
I'll [14] 10/7 11/13 22/6 22/17 25/12
27/16 31/12 31/21 33/6 33/7 34/1 38/4
39/1 39/4
I'm [25] 5/16 6/13 8/7 9/2 11/5 15/12
15/12 15/25 16/4 16/4 16/13 16/21
21/4 22/2 22/8 22/24 23/16 26/6 27/12
32/3 36/16 37/3 38/1 41/18 43/6
I've [8] 6/4 19/17 20/18 21/23 25/25
27/21 43/11 44/18
idea [1] 16/20
identified [1] 34/7
II [4] 34/18 34/23 35/8 41/6
ill [1] 31/4
ill-gotten [1] 31/4
immediately [1] 35/14
impact [3] 15/16 17/5 17/10
important [1] 43/23
impose [2] 29/24 31/23
imposed [6] 31/1 40/13 43/9 43/11
43/19 44/16
imposing [1] 36/11
imposition [1] 38/20
impossible [1] 7/23
imprisonment [3] 28/5 28/8 37/3
inaccurate [2] 13/18 14/9
inappropriate [1] 8/15
incarceration [3] 30/24 33/15 33/17
include [4] 9/9 17/6 26/15 36/22
included [12] 12/3 14/18 14/22 15/8
16/25 17/9 18/16 19/15 19/24 24/21
28/11 40/24
includes [1] 46/2
including [7] 8/16 9/6 18/14 18/17
27/18 41/7 46/3
incorrect [2] 13/20 39/11
incurred [2] 40/22 41/13
INDEX [1] 2/1
indicate [2] 21/11 25/18
indicated [4] 32/19 42/3 45/24 46/10
indicates [1] 20/11
indicating [1] 46/23
indictment [1] 10/3
individual [2] 7/2 7/7
individuals [1] 20/19
induced [1] 14/25
inevitable [1] 6/24
information [2] 18/1 19/14
informing [1] 48/1
inmate [2] 23/19 35/24
input [1] 25/9
inquiry [1] 13/15
instance [1] 12/23
insurance [2] 14/2 14/2
intended [1] 11/17
intends [2] 40/21 46/11

intentions [1] 41/17
interest [3] 43/3 45/25 46/12
interested [1] 43/4
interview [1] 21/17
invest [1] 14/25
investigation [5] 18/15 19/12 19/16
20/18 21/12
investment [3] 14/14 14/20 14/24
investments [2] 14/11 34/17
investor [2] 30/7 30/8
investors [4] 11/21 12/2 14/10 14/17
invoices [1] 21/8
is [107]
Isn't [1] 15/10
issue [2] 4/23 5/1 38/20
issues [1] 10/11
it [60]
it's [23] 5/7 10/25 13/16 15/4 17/9
17/10 18/11 18/21 18/23 19/9 19/25
20/22 21/22 21/25 26/19 28/2 30/25
40/8 40/9 40/12 41/9 43/23 44/19
itemized [2] 17/11 17/24
items [5] 32/19 33/2 36/3 36/6 36/20
its [4] 6/14 7/4 46/12 46/12

**J**

JACOBS [18] 1/12 4/9 4/22 15/17 16/2
23/22 24/5 24/9 25/7 26/11 27/1 32/2
38/16 40/14 40/16 42/3 42/7 47/16
JAMES [1] 1/17
January [2] 6/4 9/25
jets [2] 12/7 40/7
jewelry [1] 36/24
Jim [2] 34/12 34/20
job [4] 7/20 7/22 27/4 48/6
JOHNSON [2] 1/13 4/7
Jordan [1] 35/9
JOSHUA [2] 1/12 4/5
JP [3] 34/22 35/1 35/8
JPX [1] 35/9
judge [12] 1/9 6/16 6/20 7/13 7/14
13/10 26/3 28/14 29/17 34/2 34/24
48/9
judges [2] 8/13 8/23
judging [1] 6/2
judgment [18] 24/21 25/4 25/15 33/8
35/16 36/8 36/12 36/13 37/1 40/17
40/20 41/18 42/5 42/9 42/18 42/19
44/19 45/5
judicial [2] 29/8 49/7
JULY [3] 1/6 4/2 49/9
jury [5] 7/3 7/11 10/2 30/18 31/16
just [37] 5/17 5/18 9/10 9/16 12/25
14/8 14/13 16/18 16/19 17/8 17/9 21/2
21/6 21/11 23/2 23/9 25/1 26/8 26/10
26/13 27/7 28/15 28/24 32/2 32/12
36/21 38/13 38/19 38/24 39/12 40/19
41/23 43/2 43/11 44/16 44/23 45/15
justice [2] 1/14 43/3
justification [1] 39/5
justified [1] 39/6

**K**

Kansas [2] 13/25 39/16
KATIE [2] 1/12 4/9
keep [4] 7/16 9/5 9/6 9/16
keeps [1] 16/14

kept [1] 30/5
key [1] 28/22
kinds [1] 69/19
KIRCHNER [33] 1/6 4/4 4/11 4/13 4/15
5/6 5/8 5/23 5/24 6/3 9/20 9/21 9/24
10/7 13/4 14/19 15/23 16/22 22/3 23/18
28/3 29/3 29/18 37/9 37/8 37/17 38/5
39/14 42/12 43/10 44/9 44/22 45/10
46/18
knew [1] 15/1
know [23] 5/19 7/21 8/17 8/24 9/17
10/11 17/8 18/1 21/24 23/15 23/16
23/22 26/22 28/11 28/15 28/17 28/21
33/3 41/20 42/21 43/23 45/2 45/13
knowing [1] 23/10

**L**

ladies' [1] 36/23
Lagos [1] 19/9
laid [1] 31/18
large [2] 23/16 42/23
largest [2] 17/2 39/17
last [1] 34/4
later [7] 5/10 9/7 25/18 35/19 39/10
39/24 43/16
laundering [1] 11/23
law [5] 18/15 30/17 35/12 38/14 46/23
leading [1] 29/2
least [5] 12/14 12/20 35/18 40/3 40/5
leaves [1] 44/12
led [2] 29/5 39/19
left [1] 38/24
legal [2] 19/10 24/18 31/22 34/19
38/23 40/22 41/7
lengthy [1] 30/24
less [3] 7/11 16/17 29/14
let [14] 5/13 6/20 8/17 12/10 13/21
17/19 21/16 22/5 32/1 34/6 35/8 38/25
39/9 45/19
Let's [5] 14/1 24/11 26/21 47/3 47/3
level [1] 28/4
lienholders [1] 5/17
liens [1] 33/3
lies [2] 30/6 30/9
life [1] 40/3
lifeline [1] 13/2
like [30] 4/22 5/2 5/10 5/18 5/21 10/12
10/24 11/7 11/14 12/14 12/15 16/13
17/1 17/7 18/14 21/16 25/20 26/23
27/3 29/6 29/18 32/25 40/16 40/17
40/23 41/18 41/21 42/15 42/17 44/7
liked [1] 29/21
likelihood [1] 30/23
likely [1] 9/12
line [1] 41/20
listed [3] 32/4 36/20 38/8
little [1] 23/18
lives [1] 16/22
Living [1] 34/12
LLC [4] 33/23 34/17 35/9 35/11
located [3] 21/4 36/15 46/1
lodged [1] 11/4
look [4] 8/14 13/23 17/19 22/5
looked [1] 18/13
looking [3] 13/22 28/23 29/9
looks [1] 30/1
losing [1] 8/25

**L**

**loss [20]** 9/10 12/17 17/17 18/14
11/25 12/13 13/11 13/13 13/20 14/18
14/22 15/7 15/8 15/16 15/23 16/6
24/25 41/7 41/13 41/16
**losses [2]** 30/12 40/21
**lost [4]** 12/8 14/11 14/19 14/24
**lot [2]** 8/24 16/21
**Lott [1]** 33/23
**lower [1]** 15/19
**LP [9]** 33/25 34/7 34/8 34/10 34/18
34/19 35/10 41/1 41/7
**lucky [1]** 40/8
**luxury [1]** 9/10

**M**

**ma'am [3]** 16/13 17/21 24/14
**made [13]** 12/5 13/3 13/3 15/1 25/15
27/17 27/18 27/19 30/3 35/19 35/21
36/14 41/3
**Magistrate [1]** 6/16
**magnitude [2]** 29/16 48/6
**Mail [2]** 1/23 49/19
**main [1]** 39/20
**make [26]** 5/18 5/22 9/16 11/14 13/12
17/8 23/11 25/5 25/13 25/14 25/25
26/21 26/23 28/12 29/18 30/2 31/22
35/17 36/1 38/4 38/19 39/2 42/9 42/15
42/18 45/19
**making [3]** 12/4 23/16 27/9
**mandatory [1]** 37/12
**mansions [1]** 12/7
**manual [1]** 37/14
**many [2]** 11/1 15/12
**MARK [1]** 1/9
**Marshals [3]** 36/14 44/6 44/9
**matter [6]** 6/1 7/3 10/1 20/12 29/11
49/5
**matters [2]** 5/1 44/8
**may [11]** 7/13 8/2 17/13 17/20 18/1
18/10 34/14 42/1 44/20 44/25 46/21
**Mayer [6]** 3/8 18/8 23/1 26/2 26/16
41/4
**me [35]** 4/18 5/3 5/11 8/3 8/5 8/17
12/10 12/14 13/21 16/5 16/16 17/19
19/1 19/3 21/16 22/5 22/12 23/23 25/4
27/12 31/20 32/1 32/3 33/3 34/6 35/8
37/17 37/20 38/17 38/25 39/9 43/24
45/19 48/2 48/11
**mean [1]** 14/5
**mechanical [1]** 1/25
**memo [1]** 28/16
**memorandum [1]** 28/9
**men's [1]** 36/23
**merely [1]** 43/24
**merits [1]** 47/4
**mess [5]** 5/23 10/17 23/2
**mguzman.csr [2]** 1/23 49/19
**Michael [2]** 34/21 35/6
**middle [1]** 9/22
**might [1]** 6/12
**Milam [1]** 42/8
**Mille [1]** 36/22
**Miller [2]** 3/5 18/12
**million [13]** 11/18 11/20 11/23 12/1
13/24 15/8 16/23 28/24 29/1 29/4
39/13 41/11 41/16

**mind [3]** 7/16 9/5 9/6
**minute [1]** 45/3
**minutes [2]** 7/4 24/12
**mispronounce [1]** 34/25
**mispronouncing [1]** 34/15
**misrepresentations [1]** 15/1
**mistakenly [1]** 34/7
**Monday [1]** 6/14
**monetary [2]** 10/4 30/12
**money [15]** 11/23 12/8 12/24 12/25
13/2 13/5 13/7 14/3 14/14 14/15 14/18
15/2 30/8 36/8 36/12
**MONICA [5]** 1/21 34/1 49/3 49/11
49/11
**month [4]** 35/18 35/21 38/10 39/6
**months [6]** 28/5 29/25 30/1 33/11
33/12 33/13
**moot [3]** 45/17 46/7 46/14
**more [12]** 13/5 14/3 14/18 24/6 28/16
30/6 30/7 30/7 30/8 30/8 30/8 30/8
**morning [6]** 4/6 4/8 4/10 19/25 37/16
37/21
**most [4]** 4/16 4/19 12/12 13/3
**motion [21]** 6/15 6/17 8/9 8/10 26/25
28/10 46/4 46/5 46/5 46/10 46/13
46/19 46/19 46/21 46/23 46/25 47/2
47/4 47/5 47/7 47/11
**motions [2]** 6/4 45/24
**Moulton [1]** 35/11
**Mr [66]**
**Mrs [1]** 5/6
**Ms [18]** 4/22 15/17 16/2 16/5 23/22
24/5 24/9 25/7 26/11 27/1 32/2 38/16
40/14 40/16 42/3 42/7 42/8 47/16
**much [2]** 31/9 42/24
**multiple [1]** 39/24
**mural [1]** 39/15
**murals [1]** 13/22
**Musk [1]** 12/19
**must [2]** 37/10 43/22
**my [28]** 4/22 7/13 8/19 8/25 9/1 9/3
10/16 12/15 13/22 23/9 25/13 27/5
27/11 27/16 28/2 31/13 39/10 39/12
40/20 41/17 41/20 41/25 42/18 43/8
43/24 44/19 44/20 45/21

**N**

**nail [1]** 27/4
**name [3]** 4/14 9/19 9/22
**NARCISO [1]** 1/13
**NASHONME [2]** 1/13 4/7
**natural [1]** 24/5
**nature [1]** 17/24
**NCRA [1]** 49/12
**Nebraska [1]** 39/16
**necessary [6]** 31/1 38/11 42/9 43/3
46/23 46/24
**need [13]** 5/7 9/16 13/12 19/21 24/19
25/1 25/12 25/18 32/3 42/7 42/16
43/21 44/24
**needed [1]** 38/16
**needs [2]** 5/8 5/9
**never [3]** 15/2 16/22 42/21
**nevertheless [1]** 28/11
**new [3]** 18/25 20/12 43/14
**next [3]** 4/3 20/5 44/3
**NGU [1]** 33/23

**no [22]** 1/4 8/19 8/20 12/8 14/7 17/18
18/3 19/23 21/1 22/20 23/5 24/11
29/1 30/6 30/15 35/14 40/14 42/16
47/6 48/7 49/12 49/12
**nonattorney's [1]** 24/22
**nonbinding [1]** 38/4
**none [3]** 14/10 14/23 29/5
**NORTHERN [4]** 1/2 1/14 1/18 49/13
**not [44]** 5/7 6/6 6/8 6/9 6/11 6/13 7/5
7/10 8/25 9/2 9/6 9/9 10/8 12/4 12/11
12/24 13/24 15/16 17/9 18/16 20/2
22/5 22/8 23/20 24/8 25/8 29/20 31/24
33/14 33/15 36/3 36/16 38/10 39/7
40/2 40/9 41/7 41/23 42/1 43/20 43/23
46/23 46/24 47/3
**noted [1]** 26/18
**nothing [2]** 30/14 47/25
**notice [5]** 43/18 43/24 43/25 44/2
45/16
**noticed [1]** 45/23
**now [10]** 6/8 9/13 19/19 21/8 37/8
37/17 40/11 45/17 46/7 46/14
**nowhere [1]** 13/18
**number [22]** 4/3 6/17 11/9 11/9 11/25
15/19 17/9 18/22 19/20 20/11 20/16
28/23 32/20 33/9 34/7 36/6 36/18 37/2
44/18 46/5 46/9 46/15
**numbers [8]** 15/13 18/24 21/9 41/24
42/2 42/3 42/10 42/23
**numerous [2]** 8/21 37/10

**O**

**object [2]** 22/8 33/7
**objected [2]** 10/13 11/3
**objection [21]** 10/25 11/4 11/6 11/8
11/12 11/15 13/18 15/25 16/1 17/18
18/3 20/25 22/19 23/4 23/9 26/18
27/14 27/15 27/21 27/22 43/4
**objections [7]** 27/20 28/1 31/22 39/1
40/12 41/21 43/1
**obligation [1]** 42/11
**obstruct [1]** 6/10
**obviously [3]** 13/16 14/21 48/3
**off [6]** 19/20 22/17 24/12 24/13 47/24
48/11
**offense [2]** 28/4 38/13
**offer [1]** 17/7
**OFFERED [1]** 3/3
**Office [5]** 6/5 7/19 8/8 8/17 24/1
**officer [1]** 27/24
**Official [1]** 49/13
**Offshore [1]** 34/18
**okay [23]** 4/24 5/11 5/19 5/21 7/10
20/5 22/2 22/12 22/14 25/22 27/1
31/12 32/9 32/16 32/22 33/3 33/6 34/6
39/2 42/5 42/15 43/4 47/3
**omitted [3]** 18/24 19/18 20/14
**once [1]** 47/11
**one [23]** 6/8 11/9 12/6 12/8 12/22
13/21 15/6 17/2 18/11 18/13 20/14
28/6 28/22 28/24 34/4 39/17 42/23
45/8 45/8 45/9 46/17 47/18 48/7
**ones [3]** 19/17 25/12 29/12
**only [13]** 6/14 7/5 8/22 10/8 12/4
13/12 14/25 20/17 25/8 29/3 39/7 40/2
46/17
**operations [1]** 39/21

## O

opportunity [2] 10/23 30/25
oral [2] 45/21 47/6
orally [2] 25/13 32/13
order [17] 8/5 23/16 24/19 24/24 25/14 27/9 36/2 36/7 36/11 36/17 36/20 37/16 37/18 43/22 45/21 47/12 47/13
ordered [2] 35/16 45/2
ordering [5] 25/12 33/14 33/18 37/3 38/1
orders [3] 25/19 41/20 45/21
original [8] 19/1 20/21 26/11 41/2 41/7 41/10 41/12 41/16
other [5] 9/4 29/9 29/15 30/14 38/8
others [1] 30/21
ounce [1] 30/11
our [12] 6/16 10/8 12/15 20/14 24/1 25/4 25/17 29/7 31/18 37/12 37/14 42/9
out [22] 5/9 5/24 15/5 16/8 19/9 20/2 21/21 22/7 22/13 23/1 25/1 28/21 29/9 31/18 36/2 36/3 38/24 39/14 39/18 40/5 46/8 48/3
outlined [4] 26/4 36/6 36/17 37/2
outlines [1] 43/21
outside [1] 39/24
outstanding [3] 5/5 7/20 32/23
overblown [1] 28/20
overcharging [1] 24/9
overruled [8] 6/16 15/25 23/10 26/19 27/15 27/21 31/25 43/8
overruling [1] 43/5
overwhelmingly [1] 7/6
own [2] 11/24 13/3
owned [1] 44/21
ownership [1] 33/2

## P

page [4] 2/2 18/22 20/10 20/15
pages [2] 18/22 21/9
paid [10] 24/25 33/19 35/22 38/21 38/23 40/21 41/10 41/11 41/15 42/17
panel [1] 8/13
paper [1] 42/19
papers [1] 46/25
paragraph [4] 11/4 11/15 15/24 38/11
parcel [2] 10/15 11/11
Park [1] 35/9
part [8] 10/15 11/11 15/3 18/5 27/4 35/15 37/1 37/24
parte [1] 5/18
partial [1] 46/19
partially [1] 46/20
participate [1] 35/24
participation [1] 23/19
particularly [2] 42/22 44/21
parties [4] 9/18 44/21 45/7 45/8
Partners [1] 34/20
party [2] 45/14 46/17
patience [5] 8/25 47/15 48/2 48/4 48/10
Paul [1] 34/16
pay [5] 12/2 12/2 33/16 38/1 43/14
payable [2] 35/5 35/14
paying [1] 12/15
payment [2] 35/19 35/20

payments [4] 24/17 35/17 36/13 41/3
payroll [1] 12/2
pays [1] 12/16
Peggy [1] 34/13
pending [1] 46/21
pension [5] 12/13 12/15 12/16 12/17 12/22
people [3] 9/16 12/14 29/2
per [3] 28/6 35/18 38/2
Perdenalas [1] 46/1
period [4] 30/4 33/11 37/9 37/20
perjured [1] 30/17
personal [1] 36/12
petition [8] 45/10 45/11 46/6 46/6 46/12 46/17 46/18 46/20
petitions [2] 45/7 45/17
piece [1] 7/23
pile [1] 9/10
ping [1] 16/13
pink [5] 21/24 22/6 22/11 22/12 22/14
PITTMAN [1] 1/9
placed [3] 17/25 18/5 37/4
placement [1] 31/10
platinum [1] 36/23
play [3] 6/23 7/10 40/4
playing [1] 8/18
plea [1] 43/20
please [5] 11/15 16/5 25/7 28/13 42/8
plus [1] 28/7
point [4] 28/19 30/5 43/15 45/2
pointed [5] 16/8 29/9 36/2 39/14 46/8
pointing [1] 15/4
pong [1] 16/14
portrait [1] 39/22
position [1] 31/2
possible [2] 31/11 38/6
possibly [1] 8/14
post [1] 19/8
posthaste [1] 47/7
potential [2] 30/21 45/14
practice [1] 20/8
preliminary [3] 36/7 36/17 45/4
premise [1] 13/11
preparation [1] 21/25
prepared [4] 5/3 11/6 21/17 41/19
preponderance [1] 27/8
prescribed [1] 49/7
present [2] 5/15 13/16
presentation [3] 11/2 26/23 29/19
presented [1] 13/13
presentence [9] 10/8 10/9 10/18 27/17 27/19 27/20 27/24 31/19 37/24
preserved [2] 16/1 43/6
pretty [1] 25/4
previous [1] 35/7
Principal [1] 34/17
prior [3] 24/17 40/22 42/17
prioritize [2] 24/2 24/17
prioritized [1] 23/20
priority [2] 24/7 25/12
prison [3] 37/9 37/11 37/23
Prisons [2] 33/11 35/23
private [6] 5/24 5/25 12/7 12/20 20/7 40/7
probation [8] 11/5 16/16 18/21 19/25 25/3 25/8 27/24 42/8
Procedure [2] 36/10 47/1

proceeding [4] 4/17 4/20 45/6
proceedings [8] 1/25 6/11 25/18 36/10 44/9 47/9 48/12 49/3
process [2] 24/5 24/6
produced [1] 1/25
product [2] 29/2 30/3
program [2] 23/19 35/25
prolonged [1] 30/4
promise [2] 8/4 48/7
promotes [1] 38/13
pronounce [2] 25/14 33/6
pronounced [2] 32/13 44/16
property [5] 10/4 45/12 46/1 46/9 46/13
proposed [2] 40/17 47/13
prosecutions [1] 23/15
protect [1] 17/25
protects [1] 38/15
proven [1] 26/10
provided [5] 17/11 18/2 18/20 19/25 21/14
provides [1] 38/13
PSR [5] 13/14 13/18 13/20 14/18 16/25
public [8] 1/18 6/5 6/14 6/21 7/19 8/7 8/8 38/15
publicized [1] 28/17
pulled [2] 28/15 28/17
punishment [2] 31/7 38/13
purely [1] 16/21
purposes [19] 6/18 7/17 8/6 14/18 14/22 15/17 26/8 27/5 36/2 36/4 36/5 36/21 38/11 40/20 41/9 41/23 41/24 43/8 44/19
pursuant [1] 36/9
put [8] 13/7 14/8 14/12 14/18 15/2 15/15 28/16 47/20

## Q

qualifications [1] 27/18
question [3] 11/22 43/13 47/18
questions [2] 37/25 44/2

## R

raised [1] 30/6
ran [1] 39/24
range [5] 28/5 28/6 28/7 29/14 29/25
Rangers [2] 39/18 39/22
rate [3] 20/19 21/14 35/18
rather [4] 6/20 19/1 29/19 43/15
reach [1] 7/4
read [7] 15/13 16/18 19/20 26/24 28/9 36/3 36/16
reading [1] 37/20
ready [2] 4/12 15/18
real [3] 30/22 44/21 45/12
really [2] 21/25 27/4
reason [1] 43/11
reasonable [2] 7/6 13/12
reasoning [1] 6/19
reasons [1] 40/11
rebuttal [1] 13/17
recall [1] 12/12
receive [4] 5/8 10/8 10/21 25/16
received [2] 37/18 45/24
recent [1] 16/7
recently [1] 29/12

Case 1:23-cr-00237-P    Document 78    Filed 07/24/24    Page 58 of 60    PageID 2827

**R**

**recidivism [1]** 30/27

**recommendation [1]** 38/4

**recommends [1]** 35/23

**record [23]** 5/13 6/19 6/22 7/17 8/14
11/14 14/9 17/9 18/6 23/8 24/12 24/13
24/15 26/8 27/7 31/20 39/2 45/20
46/11 47/21 47/24 48/11 49/5

**reduce [1]** 32/3

**reduced [4]** 20/1 20/20 20/22 25/25

**referenced [1]** 36/6

**referencing [1]** 36/7

**reflect [5]** 5/13 22/25 26/2 41/18 42/6

**reflected [1]** 42/18

**reflects [1]** 38/12

**regarding [2]** 10/12 45/11

**regards [8]** 5/1 5/3 11/15 15/23 16/15
26/22 42/2 42/20

**reinvested [1]** 13/5

**relate [1]** 20/17

**related [6]** 17/3 18/11 19/15 44/25
45/12 45/25

**relates [4]** 16/12 17/3 19/11 22/1

**relating [1]** 44/21

**relation [1]** 21/12

**release [8]** 28/6 35/15 37/3 37/4 37/6
37/15 37/19 37/22

**released [5]** 6/5 30/23 35/20 37/9
45/13

**rely [1]** 13/13

**remain [1]** 44/25

**remaining [1]** 46/17

**remains [1]** 35/17

**remanding [1]** 44/5

**remember [1]** 7/3

**remind [2]** 32/12 42/11

**remorse [2]** 30/11 30/13

**removed [1]** 13/5 14/19

**report [10]** 10/9 10/9 10/18 27/17
27/19 27/20 27/24 31/19 31/19 37/24

**reported [1]** 1/25

**REPORTER [2]** 1/21 49/13

**REPORTER'S [1]** 48/13

**representation [2]** 5/23 6/6

**represented [3]** 6/1 7/18 8/7

**reputational [2]** 30/12 30/15

**request [9]** 15/6 15/14 16/7 17/6 17/23
19/1 31/10 31/25 46/14

**requested [3]** 15/7 17/2 19/17

**required [2]** 36/1 47/6

**residence [1]** 44/22

**resources [1]** 33/16

**respect [2]** 30/21 38/13

**respond [1]** 18/9

**response [1]** 27/20

**responses [1]** 19/11

**responsibilities [1]** 9/17

**responsibility [2]** 23/19 35/25

**rest [1]** 12/1

**restitution [41]** 4/23 4/25 10/12 10/15
11/10 12/3 15/15 15/19 16/9 16/15
16/20 16/23 18/16 19/21 19/24 20/23
23/7 25/13 26/1 26/9 26/14 27/5 27/9
28/24 29/5 32/2 33/18 33/19 34/8
34/11 35/14 35/16 35/22 38/2 40/25
41/3 41/9 41/10 41/13 42/21 47/16

**result [1]** 40/22

**retained [1]** 48/7

**returned [1]** 37/16

**review [4]** 10/16 10/22 16/13 19/17

**reviewed [2]** 11/5 18/13

**reviewing [1]** 44/15

**revise [3]** 34/6 39/4 42/18

**revised [1]** 22/23

**revises [1]** 35/6

**revising [1]** 22/6

**revision [1]** 42/3

**Revocable [2]** 34/12 34/13

**revoked [1]** 37/23

**Richard [1]** 36/22

**ridiculous [1]** 21/6

**right [28]** 5/13 5/21 9/19 9/24 10/24
13/9 15/21 17/19 18/4 21/2 22/16
22/23 23/6 26/6 26/18 26/21 27/14
31/8 31/12 32/17 38/25 43/10 43/18
45/19 47/6 47/14 47/23 48/1

**rights [1]** 43/25

**risk [3]** 30/22 37/11 40/3

**robberies [1]** 39/17

**robbery [1]** 14/4

**robs [1]** 14/1

**ROCHA [18]** 1/13 4/25 5/2 5/15 5/16
23/23 23/24 25/17 36/2 44/8 44/13
44/15 45/23 45/24 46/8 46/11 47/14
47/18

**Rock [2]** 13/24 39/23

**Rolex [1]** 40/7

**Rolexes [1]** 36/23

**Rolls [1]** 36/22

**Rolls-Royce [1]** 36/22

**Roman [2]** 33/25 34/8

**Ronnie [1]** 33/23

**Room [3]** 1/19 1/22 49/17

**Round [2]** 13/23 39/23

**Royce [1]** 36/22

**RPR [3]** 1/21 49/3 49/11

**Rule [2]** 36/9 47/1

**rules [2]** 6/8 47/1

**ruling [2]** 2/11 47/6

**rulings [1]** 33/13 37/5

**run [1]** 33/13 37/5

**S**

**Sachs [2]** 12/24 34/19

**said [11]** 7/20 8/20 22/3 27/21 28/9
29/21 32/8 35/7 39/4 39/15 44/17

**Sam [6]** 13/23 13/24 14/4 14/5 39/14
40/1

**same [5]** 11/11 14/17 35/21 39/11
46/9

**save [1]** 14/20

**saw [1]** 19/14

**say [6]** 12/18 13/6 13/19 14/1 14/8
22/21

**says [1]** 21/17

**SC [1]** 33/23

**SC-NGU [1]** 33/23

**schedule [1]** 8/19

**scheme [1]** 14/21

**school [1]** 46/3

**seal [2]** 17/25 18/5

**seats [1]** 9/11

**SEC [5]** 18/14 19/14 20/18 21/12
21/17

**second [8]** 6/14 10/16 10/19 13/21
15/5 19/9 28/2 41/6

**Section [8]** 10/6 10/8 31/14 36/10
37/14 38/9 38/12 39/8

**see [5]** 4/25 18/8 21/9 29/7 39/22

**seem [1]** 28/19

**seen [5]** 7/12 7/15 8/10 8/20 12/6

**seized [4]** 23/17 33/2 36/4 36/25

**sent [2]** 37/11 37/23

**sentence [28]** 5/8 8/1 9/15 25/14
29/15 29/24 30/24 31/1 31/13 31/21
31/23 32/1 33/6 33/13 38/5 38/7 38/10
39/1 39/5 39/6 39/11 40/11 43/2 43/9
43/11 43/19 43/19 44/16

**sentencing [18]** 1/8 4/17 4/20 5/2
6/10 7/25 8/6 15/17 28/9 28/21 31/15
32/24 36/21 38/19 41/25 41/25 44/19
48/4

**sentencings [2]** 8/18 9/7

**separate [1]** 44/24

**separated [1]** 25/1

**series [3]** 30/3 34/10 35/10

**seriousness [1]** 38/12

**serve [2]** 31/5 38/5

**Service [1]** 36/14

**set [3]** 26/9 31/14 38/11

**sets [1]** 19/8

**several [1]** 44/17

**severe [1]** 31/6

**shaking [1]** 24/11

**shall [4]** 33/19 35/17 36/14 37/4

**share [1]** 42/11

**She [1]** 29/6

**sheet [3]** 21/14 44/15 45/22

**shocked [1]** 21/2

**shortest [1]** 7/14

**shortly [1]** 39/24

**shot [1]** 39/23

**should [11]** 11/8 13/6 18/15 18/24
20/7 23/10 23/15 26/9 27/5 43/13 47/8

**shouldn't [1]** 14/6

**show [2]** 13/17 30/14

**shown [4]** 11/20 17/14 30/11 39/10

**sic [1]** 34/10

**sign [1]** 42/19

**signature [1]** 37/17

**signed [4]** 43/17 43/18 43/21 49/9

**significant [2]** 30/23 31/3

**signing [1]** 37/17

**similar [1]** 29/10

**simply [1]** 24/21

**since [2]** 6/3 20/22

**single [1]** 12/8

**sir [4]** 25/23 26/7 26/17 31/11

**situation [1]** 9/3

**SL [1]** 35/9

**sleep [1]** 40/5

**slow [1]** 34/1

**SLV [1]** 34/10

**Slync [7]** 11/21 13/1 13/2 14/10 14/12
14/23 35/11

**Slync's [2]** 30/13 30/13

**smallest [1]** 18/11

**society [1]** 30/24

**sold [1]** 13/3

**some [17]** 5/1 10/11 11/1 11/7 13/17
13/18 14/18 19/8 23/11 24/8 26/21

**S**

**some** [2] 16/2 30/22
45/19 45/20

**someone** [1] 14/1

**something** [9] 5/7 8/3 8/4 12/10 12/19
21/16 29/13 38/16 40/15

**sooner** [1] 43/15

**sorry** [5] 15/12 16/4 16/13 22/24 34/1

**sort** [2] 13/17 48/3

**sorts** [1] 23/14

**sound** [1] 6/21

**Sounds** [1] 25/4

**speak** [3] 43/12 43/15 44/1

**speaking** [2] 6/7 20/12

**special** [1] 38/1

**specialist** [1] 8/11

**specifically** [6] 11/8 17/8 18/21 19/13
19/15 20/6

**specified** [1] 10/5

**Sports** [1] 45/14

**stage** [1] 39/20

**stains** [1] 30/15

**stand** [1] 30/17

**standard** [2] 7/6 37/13

**standards** [1] 19/8

**start** [2] 13/11 17/1

**started** [1] 5/24

**state** [13] 4/13 7/13 9/19 12/16 23/9
31/13 31/21 32/1 34/25 35/8 39/9
40/16 41/22

**stated** [4] 19/15 40/11 41/17 43/9

**statement** [5] 3/4 3/6 3/8 15/16 29/19

**statements** [1] 17/5 17/10 17/24 23/2
25/25 27/17

**STATES** [27] 1/1 1/4 1/9 1/14 4/4 4/6
4/8 4/10 4/20 5/14 8/16 10/5 10/6 19/7
20/1 27/7 28/19 31/14 33/10 33/20
36/10 36/14 36/19 37/1 39/17 44/8
49/8

**stating** [1] 38/25

**status** [3] 5/19 32/25 44/10

**stay** [1] 9/12

**steal** [1] 14/5

**stenography** [1] 1/25

**steps** [1] 43/22

**Steven** [2] 9/23 33/24

**still** [5] 5/5 23/10 29/13 39/11 46/21

**stocks** [1] 13/3

**stole** [4] 13/24 14/4 30/7 39/15

**Stone** [2] 34/17 34/18

**stop** [1] 13/21

**stopped** [1] 30/4

**straight** [2] 12/24 21/3

**Street** [4] 1/15 1/19 1/22 49/17

**streets** [2] 13/23 39/23

**strong** [1] 31/5

**subject** [4] 15/24 27/18 37/10 37/12

**submit** [1] 18/23

**submits** [2] 14/2 15/18

**submitted** [5] 17/6 17/24 18/22 23/1
27/6

**submitting** [1] 15/20

**subpoena** [2] 18/9 19/11

**subpoenas** [1] 40/23

**subsequently** [4] 24/24 30/7 38/23
41/3

**such** [2] 35/17 35/19

**suffered** [1] 30/13

**sufficient** [1] 38/10

**suggest** [2] 18/10 18/24

**suggested** [1] 41/19

**superseding** [1] 10/3

**supervised** [5] 28/6 35/15 37/4 37/6
37/15

**supervision** [1] 28/8

**supplement** [1] 28/15

**support** [2] 18/15 31/17

**supported** [3] 6/22 22/5 27/7

**sure** [11] 9/17 17/8 22/8 25/8 25/14
33/4 42/9 42/15 42/18 42/25 47/20

**sustained** [2] 27/15 27/21

**sustaining** [1] 11/12

**system** [1] 29/8

**T**

**take** [14] 8/2 8/12 10/12 10/25 16/5
17/19 22/5 22/13 27/11 32/14 43/7
43/22 47/4 47/8

**taken** [3] 20/1 21/12 44/9

**taking** [5] 11/21 13/23 22/6 22/17
39/23

**talk** [3] 4/24 44/10 47/22

**talked** [2] 28/24 28/25

**Tarrant** [8] 5/4 45/8 45/9 45/11 45/15
45/25 46/1 46/3

**taxing** [1] 46/4

**taxpayers** [1] 7/9

**Taylor** [1] 1/19

**Telephone** [4] 1/16 1/20 1/23 49/18

**televised** [1] 28/16

**tell** [4] 5/3 22/2 23/23 38/17

**temptation** [1] 31/5

**ten** [1] 7/13

**tens** [1] 28/18

**term** [2] 35/15 37/4

**terms** [3] 37/15 37/19 37/22

**terror** [1] 39/19

**testimony** [2] 17/4 40/23

**TEXAS** [15] 1/2 1/5 1/14 1/15 1/18
1/19 1/22 12/16 33/20 36/15 39/18
39/22 49/12 49/13 49/17

**than** [15] 7/11 8/20 9/15 12/9 14/4
15/20 16/17 19/1 24/6 35/19 38/10
40/1 40/10 43/2 43/16

**thank** [18] 11/16 26/3 26/20 27/1
28/14 29/17 31/8 31/9 33/4 33/5 42/23
46/16 47/14 47/15 47/17 48/1 48/9
48/11

**that** [287]

**that's** [19] 4/21 5/15 9/3 11/18 11/25
16/17 19/13 19/14 19/24 20/15 21/6
21/6 24/8 36/7 37/2 42/21 44/8 45/18
47/3

**theft** [1] 39/13

**thefts** [1] 39/20

**their** [17] 8/10 12/7 12/7 12/12 13/3
14/11 14/14 14/15 14/24 15/16 23/1
24/25 30/14 38/21 40/21 41/4 45/16

**them** [11] 6/23 8/2 12/4 12/9 12/11
17/17 18/13 27/8 37/19 37/20 43/15

**themselves** [1] 44/18

**then** [24] 4/21 13/2 17/2 18/22 20/5
20/15 22/2 22/4 22/16 24/23 26/10
26/12 28/7 29/4 38/21 39/1 39/4 41/3

**suffered** [1] 30/13

41/6 41/12 42/5 45/4 47/25 48/1

**there** [18] 12/22 15/13 17/1 17/5 18/14
18/15 20/1 21/10 21/24 46/30/22
31/10 33/1 33/2 40/12 42/16 44/20
45/7

**there's** [8] 17/1 20/10 20/11 20/16
21/10 25/19 45/10 46/17

**thereafter** [2] 35/21 39/25

**therefor** [1] 40/12

**therein** [2] 18/2 28/11

**these** [20] 6/23 7/10 12/6 12/18 14/17
14/23 17/14 17/24 20/19 22/6 23/14
23/25 26/12 28/20 30/10 37/18 37/24
41/24 42/2 48/3

**they** [28] 8/3 8/5 8/10 8/17 8/25 9/2
12/7 12/9 12/13 12/25 13/3 13/5 13/6
13/7 14/11 14/12 14/14 14/15 14/24
14/25 15/1 15/2 17/25 27/12 28/19
40/22 41/13 43/8

**they're** [3] 12/11 22/5 38/21

**they've** [3] 12/5 13/7 38/22

**thing** [1] 6/8

**things** [3] 29/10 30/1 40/23

**think** [17] 8/24 10/14 10/25 11/7 11/11
13/6 15/4 15/21 20/7 22/3 25/3 25/5
28/17 29/21 39/16 40/1 40/9

**thinking** [1] 16/4

**third** [5] 1/15 45/6 45/7 45/14 46/17

**this** [96]

**those** [26] 6/18 9/6 10/12 10/22 12/3
12/11 12/13 12/24 12/25 17/8 17/19
18/15 21/11 21/13 22/6 27/10 36/5
36/21 36/25 37/22 37/24 43/7 45/12
45/16 45/17 49/7

**though** [1] 23/12

**thousands** [1] 28/18

**three** [10] 8/13 9/14 10/22 17/5 28/6
37/5 37/6 37/8 37/20 45/7

**three-year** [2] 37/8 37/20

**through** [18] 10/2 12/16 16/5 18/24
19/14 20/9 20/18 21/9 21/9 21/13
23/18 24/1 26/10 33/12 33/12 37/5
45/3 45/13

**throughout** [2] 21/10 30/10

**tie** [2] 47/12 47/13

**time** [28] 7/11 8/25 9/2 9/3 10/1 10/7
10/13 10/21 10/24 11/13 17/7 18/23
22/4 25/13 27/16 28/13 29/20 30/4
30/5 30/9 30/10 31/12 32/1 33/6 37/6
37/8 39/16 40/18

**times** [4] 8/21 8/24 9/14 39/24

**Title** [1] 31/14

**today** [13] 4/20 5/8 6/18 7/17 8/8 9/7
12/9 41/25 43/8 43/11 45/5 46/11 48/2

**told** [2] 8/3 30/8

**too** [2] 15/12 47/15

**took** [2] 7/3 7/11

**total** [14] 11/17 11/21 18/25 19/5
21/23 22/10 22/14 23/6 26/13 26/14
28/4 33/13 37/6 38/2

**tournaments** [1] 40/4

**towards** [1] 36/13

**town** [1] 39/24

**Trail** [1] 46/1

**train** [1] 39/16

**transaction** [1] 12/8

**transactions** [1] 10/4

## T

transcript [4] 1/9 2/25 49/4 49/6
trial [13] 6/1 7/2 7/7 7/15 7/19 7/23 10/1 11/20 12/13 17/4 26/10 31/16 43/20
Triple [1] 45/14
true [2] 11/18 49/4
Trust [4] 34/12 34/14 34/16 46/10
truth [1] 15/2
try [2] 6/23 34/1
trying [2] 14/20 27/4
turn [4] 7/23 11/13 26/6 39/1
twice [1] 29/6
two [7] 8/22 11/9 29/9 31/19 40/2 45/16 45/24
typically [1] 28/21

## U

U.S [6] 16/16 24/1 37/12 38/9 39/7 42/8
Uh [1] 24/10
under [11] 6/8 7/1 17/25 18/5 19/7 31/14 37/12 39/7 39/12 39/12 47/5
underpinnings [1] 13/19
understand [1] 42/13
understanding [2] 40/20 44/20
undeterred [1] 30/20
unions [1] 12/17
Unit [1] 24/1
UNITED [27] 1/1 1/4 1/9 1/14 4/4 4/5 4/8 4/9 4/20 5/14 8/16 10/5 10/6 19/7 20/1 27/6 28/19 31/14 33/10 33/19 36/10 36/14 36/19 37/1 39/17 44/7 49/8
unlawful [1] 10/5
unless [1] 31/5
unpaid [2] 35/17 35/18
until [2] 9/11 35/21
untrue [1] 13/18
up [25] 4/3 8/2 9/16 10/12 10/25 11/7 11/21 13/3 13/25 14/3 16/22 18/8 21/22 21/25 27/1 27/11 29/1 29/2 32/14 39/16 43/7 44/9 44/14 47/12 47/13
upon [4] 35/15 37/3 37/19 37/22
us [4] 4/14 9/20 18/25 21/4
use [4] 11/24 11/25 12/2 28/23
used [6] 7/12 12/2 16/4 23/14 31/17 40/3
using [1] 29/11

## V

variance [3] 26/24 28/10 31/24
variance/downward [1] 26/24
various [8] 6/4 17/11 19/8 21/10 36/16 36/23 36/24 46/2
VC [4] 33/25 34/7 34/8 34/10
Ventures [3] 17/1 33/22 41/6
verdict [2] 6/3 7/4
very [4] 5/25 31/9 42/23 43/23
victim [6] 14/17 15/16 17/5 17/10 17/25 20/21
victims [16] 12/6 14/23 15/6 15/7 23/20 24/1 24/2 24/7 24/8 24/17 25/11 25/16 30/13 38/21 40/21 42/17
violate [1] 37/23
violation [1] 10/5

## VOL

VOL [2] 2/2 3/3
VOLUME [1] 1/8
vs [3] 1/5 4/4 49/7

## W

waive [1] 37/20
waiving [1] 42/1
want [14] 5/18 7/16 9/5 9/5 23/11 23/23 25/8 25/14 25/24 28/12 32/12 38/24 39/2 47/20
wanted [1] 38/19
warranted [1] 31/25
was [41] 5/25 6/15 6/19 7/5 7/6 7/13 8/15 10/1 11/20 11/22 11/22 11/24 12/2 12/6 12/22 12/22 12/24 13/4 14/4 14/19 15/3 16/7 18/14 19/25 20/12 20/22 21/25 22/15 28/25 31/16 31/17 31/18 32/14 34/4 39/16 39/17 39/21 39/23 45/9 46/9 46/18
wasn't [3] 12/19 14/21 15/8
wasted [1] 9/3
watch [1] 36/23
watches [2] 36/23 40/8
way [5] 9/12 24/2 24/16 25/19 41/24
Wayne [2] 34/13 34/14
we [65]
we'll [5] 4/24 22/13 44/10 45/20 48/11
we're [8] 4/12 5/19 7/10 7/25 8/8 24/14 29/4 32/14
we've [1] 47/25
week [1] 9/16
WEINBEL [22] 1/17 4/11 6/15 7/20 8/8 10/13 11/3 11/14 20/3 22/8 25/9 25/24 26/6 26/22 27/11 28/11 41/21 43/1 43/12 43/18 44/2 48/5
Weinbel's [1] 11/8
Weitman [2] 34/15 34/16
well [18] 12/10 13/21 14/20 15/4 17/17 18/1 18/10 19/16 20/20 21/9 25/9 28/10 31/15 31/18 32/22 38/8 45/23 46/14
went [4] 13/4 19/13 21/13 26/10
were [21] 7/1 7/2 7/9 7/22 12/3 12/9 12/11 12/11 12/13 12/18 12/25 14/25 16/16 17/11 18/22 21/11 22/25 30/3 32/19 33/2 39/18
what [28] 5/5 5/17 7/21 9/17 11/8 11/10 11/20 11/22 12/5 14/8 16/5 16/20 22/2 22/21 23/9 24/25 26/10 27/5 28/20 29/10 29/21 31/18 32/23 34/25 39/4 41/18 43/21 47/22
what's [3] 5/3 31/20 44/23
whatever [2] 8/5 23/18
whatsoever [1] 43/12
when [13] 4/24 5/23 7/12 8/18 9/14 9/15 13/7 25/13 25/14 25/17 29/15 42/10 42/22
Whenever [1] 21/23
where [5] 5/9 9/3 20/11 21/3 21/17
whereas [1] 29/3
whether [2] 43/13 46/22
which [12] 9/9 11/4 15/23 17/2 25/1 37/10 41/15 43/20 44/18 44/25 45/6 47/12
white [1] 42/22
who [4] 6/16 9/6 25/12 30/14
whole [1] 12/4

## Whopping

whopping [1] 18/8
why [2] 19/13 44/13
wife [1] 40/15
will [39] 4/16 4/19 6/17 8/5 8/9 8/12 8/17 9/12 11/12 14/8 15/25 18/5 22/8 23/20 23/20 25/12 27/9 30/25 32/17 32/18 32/22 33/2 35/5 36/5 36/11 36/19 36/25 42/5 43/5 43/8 43/9 44/5 46/5 46/13 47/4 47/6 47/11 47/12 47/13
WILLENBURG [4] 1/21 49/3 49/11 49/11
wines [1] 36/25
wire [3] 10/3 11/23 28/18
wish [1] 29/22
withdraw [7] 6/15 6/17 6/21 8/9 45/25 46/6 46/12
withdrawal [1] 45/16
within [2] 29/25 38/19
without [2] 13/14 30/24
witness [2] 17/4 40/23
witnesses [1] 7/9
won't [1] 12/20
work [4] 5/9 25/7 30/15 42/8
works [3] 19/3 23/22 24/5
world [1] 40/4
worse [1] 8/20
worth [12] 1/3 1/5 1/19 1/22 9/12 15/4 29/11 29/13 33/20 38/6 49/14 49/17
worthwhile [1] 10/25
would [52]
would-be [1] 31/5
wouldn't [1] 18/17
wreck [1] 7/12
writing [1] 44/3
written [1] 25/15
wrong [4] 8/4 8/4 32/3 35/1

## Y

yahoo.com [2] 1/23 49/19
yeah [5] 20/13 20/16 23/11 32/11 34/3
year [4] 28/19 29/10 37/8 37/20
years [7] 7/13 28/6 29/6 29/14 30/14 37/5 37/7
yellow [3] 21/11 21/23 22/11
yes [35] 5/12 5/20 10/10 10/20 10/23 13/10 16/3 16/11 16/24 17/15 17/16 17/21 18/19 19/6 19/7 20/4 21/7 22/22 22/3 23/13 24/4 24/20 25/10 25/21 25/23 26/17 27/2 32/21 38/18 39/3 40/19 42/4 42/14 45/1 47/10
yesterday [1] 45/15
yet [2] 7/15 8/10
you [154]
you'd [2] 12/4 26/22
you'll [7] 7/3 8/11 8/13 12/20 21/9 28/12 33/3
you're [15] 7/7 8/1 8/6 21/3 21/18 24/11 37/9 37/11 37/21 37/21 40/1 40/2 40/9 43/24 47/5
you've [7] 10/13 28/10 37/18 41/17 43/17 43/21 45/2
you-all [1] 48/11
your [108]

## Z

Zachary [1] 35/10